J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

David P. Saunders (*pro hac vice forthcoming*)
dsaunders@mcdermottlaw.com
Kristin Hendriksen (*pro hac vice forthcoming*)
khendriksen@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029
Telephone:     +1 312 803 7700
Facsimile:     +1 312 984 7700

*Attorneys for Defendant SUTTER HEALTH*

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA WASHINGTON, DENNIS GUERETTA, and REBECCA MATULIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California nonprofit corporation; MEMORIAL HEALTH SERVICES, INC., a California nonprofit corporation; MEMORIALCARE MEDICAL FOUNDATION, a California nonprofit foundation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO.  4:26-cv-03012-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME FOR SUTTER HEALTH TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Civil Local Rule 6-1(a), Plaintiffs Christina Washington, Dennis Gueretta, and Rebecca Matulic (collectively, "Plaintiffs"), on the one hand, and Defendant Sutter Health ("Sutter"), on the other (each a "Party," and together, the "Parties"), by and through their respective attorneys of record, hereby stipulate that, subject to the Court's approval, Sutter's deadline to respond to Plaintiffs' Class Action Complaint (the "Complaint") shall be extended by sixty-one (61) days, from May 13, 2026, to and including July 13, 2026.

WHEREAS, on April 8, 2026, Plaintiffs filed their Complaint in this Court against, inter alia, Sutter (ECF 1), and Plaintiffs effectuated service of the summons and Complaint on April 22, 2026 (ECF 10);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the current deadline for Sutter to respond to the Complaint is Wednesday, May 13, 2026;

WHEREAS, undersigned counsel for Sutter was only recently engaged, and the current response deadline does not provide Sutter with sufficient time to investigate and prepare a response to the allegations in the Complaint;

WHEREAS, the Parties, by and through their counsel, have agreed to provide Sutter with an extension of time of sixty-one (61) days, to and including July 13, 2026, to answer or otherwise respond to the Complaint;

WHEREAS, no prior extensions of time have been sought or obtained by Sutter in this matter, the Parties do not enter into this Stipulation for the purpose of delay, and the Court has not yet scheduled any other pre-trial or trial dates;

WHEREAS, no Party will be prejudiced by the stipulated extension;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** that Sutter's deadline to respond to the Complaint shall be extended by sixty-one (61) days, from May 13, 2026, to and including July 13, 2026.

**IT IS SO STIPULATED.**

//

- 2 -

Dated: May 7, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: */s/ James Jonathan Hawk*
    JAMES JONATHAN HAWK
    DAVID P. SAUNDERS
    Attorneys for Defendant Sutter Health

**POTTER HANDY LLP**

By: *James M. Treglio*
    JAMES M. TREGLIO
    Attorneys for Plaintiffs Christina
    Washington, Dennis Gueretta, and
    Rebecca Matulic

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, J. Jonathan Hawk, attest that concurrence in the filing of this JOINT STIPULATION TO EXTEND TIME FOR SUTTER HEALTH TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a) has been obtained from the other signatory.

By: */s/ J. Jonathan Hawk*
    J. Jonathan Hawk

- 3 -