TERESA C. CHOW (SBN 237694)
SEAN P. KILLEEN (SBN 320644)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:  310.820.8800
Facsimile:  310.820.8859
Emails:    *tchow@bakerlaw.com*
           *skilleen@bakerlaw.com*

*Attorneys for Defendants*
MEMORIAL HEALTH SERVICES, INC. and
MEMORIALCARE MEDICAL FOUNDATION

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WASHINGTON, DENNIS GUERETTA, and REBECCA MATULIC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUTTER HEALTH, a California nonprofit corporation; MEMORIAL HEALTH SERVICES, INC., a California nonprofit corporation; MEMORIALCARE MEDICAL FOUNDATION, a California nonprofit foundation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.:  4:26-cv-03012-HSG <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** <br><br><br> Action Filed:  04/08/2026 <br> Current Response Deadline:  05/26/2026 <br> New Response Deadline:  07/13/2026 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

MARK D. POTTER (SBN 166317)
JAMES M. TREGLIO (SBN 228077)
ISABEL ROSE MASANQUE (SBN 292676)
**POTTER HANDY LLP**
100 Pine St., Ste 1250
San Francisco, CA 94111
Telephone:  415.534.1911
Facsimile:  888.422.5191
Emails:       *classaction@potterhandy.com*

*Attorneys for Plaintiffs*
On behalf of themselves and
all others similarly situated

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO INITIAL COMPLAINT
CASE NO.: 4:26-CV-03012-HSG

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to the United States District Court, Northern District of California Civil Local Rule 6-1(a), plaintiffs Christina Washington, Dennis Gueretta, and Rebecca Matulic ("Plaintiffs") and defendants Memorial Health Services, Inc., and MemorialCare Medical Foundation (the "Memorial Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby enter into this Stipulation to Extend Time for Defendants to Respond to Initial Complaint ("Stipulation"), based on the following facts:

WHEREAS, Plaintiffs filed their Class Complaint, *Etc.* ("Complaint") on April 8, 2025, commencing the above-captioned action ("Action") [Dkt. 1];

WHEREAS, Plaintiffs effectuated service of the summons and Complaint upon the Memorial Defendants on May 4, 2026 [Dkts. 13 and 14];

WHEREAS, based on the foregoing and pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the Memorial Defendants' deadline to answer or otherwise respond to the Complaint is May 26, 2026;

WHEREAS, undersigned counsel for the Memorial Defendants has only recently been engaged, and the Memorial Defendants' current response deadline does not provide them with sufficient time to investigate and prepare a response to the allegations of the Complaint;

WHEREAS, on May 7, 2026, Plaintiffs and defendant Sutter Health ("Sutter") entered into and filed a stipulated to extend Sutter's deadline to respond to the Complaint from May 13, 2026 up to and including July 13, 2026;

WHEREAS, in light of the foregoing, the Parties have agreed that the Memorial Defendants may have a forty-eight (48)-day extension of time to answer or otherwise respond to the Complaint, from May 26, 2026 up to and including July 13, 2026;

WHEREAS, the agreed-upon extension is the first extension that the Memorial Defendants have requested and obtained in the Action; and

WHEREAS, the agreed-upon extension does not alter the date of any event or any deadline already fixed by Court order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their respective undersigned counsel, that:

The Memorial Defendants' deadline to answer or otherwise respond to the Complaint is extended by forty-eight (48) days, from May 26, 2026 up to and including July 13, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAKER & HOSTETLER LLP**

Dated:  May 21, 2026

By:   */s/ Teresa C. Chow*
      TERESA C. CHOW

*Attorneys for Defendants*
MEMORIAL HEALTH SERVICES, INC. and MEMORIALCARE MEDICAL FOUNDATION

**POTTER HANDY LLP**

Dated:  May 21, 2026

By:   */s/ James M. Treglio*
      JAMES M. TREGLIO

*Attorneys for Plaintiffs*

STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO INITIAL COMPLAINT
CASE NO.: 4:26-CV-03012-HSG

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Teresa C. Chow, attest that the other signatory listed, James M. Treglio on whose behalf the Stipulation is submitted, concurs in the Stipulation's content and has authorized its filing.

*/s/ Teresa C. Chow*
TERESA C. CHOW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

5
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO INITIAL COMPLAINT
CASE NO.: 4:26-CV-03012-HSG