J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     310.277.4110
Facsimile:     310.277.4730

David P. Saunders (*admitted pro hac vice*)
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029
Telephone:     312.803.7700
Facsimile:     312.984.7700

*Attorneys for Defendant SUTTER HEALTH*

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WASHINGTON, DENNIS GUERETTA, and REBECCA MATULIC, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH, a California nonprofit corporation; MEMORIAL HEALTH SERVICES, INC., a California nonprofit corporation; MEMORIALCARE MEDICAL FOUNDATION, a California nonprofit foundation; and DOES 1-100, inclusive<br><br>        Defendants. | CASE NO.  4:26-cv-03012-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12**<br><br>[Declaration of J. Jonathan Hawk filed concurrently] |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Christina Washington, Dennis Gueretta, and Rebecca Matulic (collectively, "Plaintiffs"), on the one hand, and Defendants Memorial Health Services, Inc. and MemorialCare Medical Foundation (together, "Memorial Defendants"), and Sutter Health ("Sutter," with the Memorial Defendants, collectively,

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

"Defendants"; together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, on April 8, 2026, Plaintiffs filed their Complaint in this Court against Defendants (ECF No. 1);

WHEREAS, the Court issued its Initial Case Management Scheduling Order setting a Case Management Conference ("CMC") and related deadlines (ECF No. 4), and subsequently set the Initial CMC for July 7, 2026, with the Joint Case Management Statement due on June 30, 2026 (ECF No. 9);

WHEREAS, the Parties have stipulated to extend Defendants' deadlines to respond to the Complaint to July 13, 2026 (ECF Nos. 11, 15), and Defendants are currently in the process of evaluating the allegations of the Complaint and may file motions to dismiss the Complaint;

WHEREAS, motions to dismiss may substantially narrow or resolve issues in this action, and resolution of such motions is likely to inform the scope of discovery, case management, and any scheduling order issued by the Court;

WHEREAS, the Parties believe that proceeding with the currently scheduled CMC and related deadlines prior to the Court's resolution of any motions to dismiss brought by Defendants would be inefficient and may result in unnecessary expenditure of party and judicial resources;

WHEREAS, good cause therefore exists to continue the CMC and related deadlines until after any and all motions to dismiss are fully briefed, heard, and decided;

WHEREAS, this request is made in good faith, not for purposes of delay, and no party will be prejudiced by the requested continuance;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that:

1.	The initial CMC, currently set for July 7, 2026 (ECF No. 9), shall be continued to a date convenient for the Court following the Court's ruling on any and all motions to dismiss filed by Defendants;

/ / /

/ / /

- 2 -

2.   The deadline to file the Joint Case Management Statement, currently set for June 30, 2026 (ECF No. 9), shall be continued to a date to be set by the Court in advance of the continued CMC; and

3.   All obligations tied to the current CMC date, including any related deadlines under the Court's Scheduling Order (ECF No. 4), shall be continued accordingly.

**IT IS SO STIPULATED.**

Dated: June 18, 2026                    **MCDERMOTT WILL & SCHULTE LLP**

By: */s/ J. Jonathan Hawk*
    J. JONATHAN HAWK
    Attorney for Defendant Sutter Health

Dated: June 18, 2026                    **BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
    TERESA C. CHOW
    Attorney for Defendants Memorial
    Health Services, Inc. and MemorialCare
    Medical Foundation

Dated: June 18, 2026                    **POTTER HANDY LLP**

By: */s/ Isabel Rose Masanque*
    ISABEL ROSE MASANQUE
    Attorney for Plaintiffs

Teresa C. Chow (SBN 237694)
tchow@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:   310.979.8458
Facsimile:   310.820.8859

Sean P. Killeen (SBN 320644)
skilleen@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:   415.659.2601

Attorneys for Defendants MEMORIAL
HEALTH SERVICES, INC. and
MEMORIALCARE MEDICAL
FOUNDATION

Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
classactions@potterhandy.com
**POTTER HANDY LLP**
100 Pine St., Ste 1250
San Francisco, CA 94111
Telephone:   415.534.1911
Facsimile:   888.422.5191

Attorneys for PLAINTIFFS, on behalf of
themselves and all others similarly situated

- 3 -

**<u>ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)</u>**

I, J. Jonathan Hawk, attest that concurrence in the filing of this JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO CIVIL LOCAL RULES 6-2 and 7-12 has been obtained from the other signatories.

By: */s/ J. Jonathan Hawk*
J. Jonathan Hawk

- 4 -

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO**

**ORDERED.**


Dated: _____          By: _____

HAYWOOD S. GILLIAM, JR.
United States District Judge

- 5 -