J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
Telephone: 310.277.4110

David P. Saunders (*admitted pro hac vice*)
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029
Telephone: 312.803.7700
Facsimile: 312.984.7700

*Attorneys for Defendant SUTTER HEALTH*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WASHINGTON, DENNIS GUERETTA, and REBECCA MATULIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California nonprofit corporation; MEMORIAL HEALTH SERVICES, INC., a California nonprofit corporation; MEMORIALCARE MEDICAL FOUNDATION, a California nonprofit foundation; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 4:26-cv-03012-HSG<br><br><br>**DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF PARTIES' JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12**<br><br>[Joint Stipulation filed concurrently] |

-1-

I, J. Jonathan Hawk, declare as follows:

1. I am an attorney at law duly authorized to practice law in the State of California. I am a partner with the law firm of McDermott Will & Schulte LLP, and counsel of record for Defendant Sutter Health. I have personal knowledge of the facts set forth herein, and could competently testify to those facts if called as a witness in this proceeding. I am submitting this declaration in support of all Parties' Joint Stipulation to Continue Case Management Conference and Related Deadlines.

2. On April 8, 2026, Plaintiffs Christina Washington, Dennis Gueretta, and Rebecca Matulic (collectively, "Plaintiffs") filed their Complaint in this Court against Defendants Memorial Health Services, Inc. and MemorialCare Medical Foundation (together, "Memorial Defendants"), and Sutter Health ("Sutter," with the Memorial Defendants, collectively, "Defendants"; together with Plaintiffs, the "Parties") (ECF No. 1).

3. On April 22, 2026, the Court set the Initial Case Management Conference ("CMC") for July 7, 2026, with the Joint Case Management Statement due on June 30, 2026 (ECF No. 9).

4. We have conferred with counsel for all Parties, including Teresa C. Chow for the Memorial Defendants and Isabel Masanque for Plaintiffs. The Parties agree that motions to dismiss may narrow or resolve issues in this case and will inform the appropriate scope of discovery, case management, and scheduling.

5. The Parties further agree that proceeding with the currently scheduled CMC and related deadlines before resolution of any and all motions to dismiss would be inefficient and may result in unnecessary expenditure of party and judicial resources.

6. Accordingly, the Parties have agreed, subject to the Court's approval, to continue the CMC and related deadlines to a date following the Court's resolution of Defendants' motions to dismiss, or to a date thereafter convenient for the Court.

7. Sutter and the Memorial Defendants have each sought one previous extension of time from the Court to respond to the Complaint (ECF Nos. 11, 15).

///

DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF PARTIES'
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 4:26-cv-03012-HSG

8. The proposed continuance is not sought for any improper purpose or delay, and this request is made in good faith.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2026, at Los Angeles, California.

/s/  J. Jonathan Hawk
J. Jonathan Hawk

-3-

DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF PARTIES'
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 4:26-cv-03012-HSG