J. Jonathan Hawk (254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

David P. Saunders (Admitted *pro hac vice)*
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700

Attorneys for Defendant Sutter Health

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WASHINGTON, DENNIS GUERETTA, and REBECCA MATULIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a California nonprofit corporation; MEMORIAL HEALTH SERVICES, INC., a California nonprofit corporation; MEMORIALCARE MEDICAL FOUNDATION, a California nonprofit foundation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:26-cv-03012<br><br>**[PROPOSED] ORDER GRANTING SUTTER HEALTH'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>*[Filed concurrently with Sutter Health's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and Request for Judicial Notice]*<br><br>Date:          September 3, 2026<br>Time:          2:00 P.M.<br>Courtroom:  Courtroom 2, 4th Floor (Oakland)<br>Judge:        Haywood S. Gilliam, Jr. |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

This matter having come before this Court on Defendant Sutter Health's ("Sutter") Motion to Dismiss Plaintiffs' Complaint (ECF No. 1) Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), the Court having reviewed Sutter's Motion, its memorandum of points and authorities, and any opposition thereto, and good cause appearing therefore, IT IS HEREBY ORDERED that Sutter's Motion is GRANTED and that Plaintiffs' Complaint (ECF No. 1) is DISMISSED.

Dated: _____

_____

Honorable Haywood S. Gilliam, Jr.

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

- 1 -
[Proposed] Order Granting Sutter Health's
Motion to Dismiss under Fed. R. Civ. P. 12(b)(6)
Case No. 3:26-cv-03012