# EXHIBIT A

ABRIDGE

# Abridge Privacy Policy

**LAST UPDATED:** AUGUST 22, 2025

**We've made important updates to our Privacy Policy, effective August 22, 2025. The revised policy provides greater clarity on the types of data we collect, how we use and share your information, and your privacy rights under U.S. state laws. It also includes new sections on session replay, interest-based advertising, and how to opt out of data sharing. Please review the updated policy to learn more about your rights and our data practices.**

This Abridge Privacy Policy ("**Policy**") explains how Abridge AI, Inc. and our affiliates ("**Abridge**", "**we**", "**our**" or "**us**") collect, use, and disclose personal information about you in the course of our business. This includes information of individuals who visit our public-facing websites, including www.abridge.com (the "Sites"), interact with our marketing communications, or create accounts to use our services as authorized healthcare professionals (collectively, the "Services").

## Applicability

This Policy does not apply to the content that our customers (e.g., hospitals, healthcare systems) and their authorized users upload and store in our services ("**Customer Data**"). Abridge processes Customer Data, which may include Protected Health Information (PHI), solely on behalf of our customers. Our processing of such information, which we refer to as "Customer Data," is governed exclusively by the terms of our agreements with those customers, including our Business Associate Agreements (BAAs).

If you are a patient whose healthcare provider uses our services, please refer to your provider's Notice of Privacy Practices for information on how they handle your PHI. We are a "Business Associate" to your provider and process your data solely on their instruction.

## Quick Links

We recommend that you read this Policy in full. However, you may use the links below to jump to a specific section.


1. Information We Collect
2. How We Use Your Information
3. How We Share Your Information
4. Your Privacy Choices
5. California Users and Notice at Collection
6. Your Privacy Rights
7. Your Privacy Rights in Respect of Customer Data
8. Security
9. International Data Transfer
10. Data Retention and Deletion
11. Applicant & Candidate Texting Privacy Policy
12. Children's Privacy
13. Changes to this Privacy Policy
14. How to Contact Us


## 1. Information We Collect

### Information You Provide to Us:

- **When using the Sites:** We may collect your name, postal address, phone number, email address, and other information you provide via the Sites

when, for example, you submit inquiries, download Abridge materials, complete surveys or register for marketing events.

- **When using our services:** When you register to use our Service, we may collect your personal information (e.g., name and contact details), professional details (e.g. business email address and phone number), and via Self-Serve we may collect credit card information for payment and billing purposes. When you register for an Abridge account, we may collect your contact and professional details (e.g. specialty, employer, NPI number).
- **When communicating with us:** We may collect your name, title, email address, company name, and other information you provide and/or consent to when you communicate with us in person or on calls through audio transcripts and audio visual recordings.

## Information We Automatically Collect:

- **When using the Sites:** We may automatically collect information when you visit our Sites/Services, which may include your device's operating system, IP address, unique identifiers (including identifiers used for advertising purposes), language settings, mobile device carrier, radio/network information (e.g Wi-Fi, LTE, 3G), general location information such as city, state or general geographic area, and information about your activities, such as access times and pages viewed. This data is collected through cookies and similar technologies:
    - **Cookies**, which are small text files that websites store on user devices and that allow web servers to record users' web browsing activities and remember their submissions, preferences, and login status as they navigate a site. Cookies used on our sites may include "session cookies" that are deleted when a session ends, "persistent cookies" that remain longer, "first party" cookies that we place, and "third party" cookies that our third-party business partners and service providers place.
    - **Local storage technologies**, like HTML5, which provide cookie-equivalent functionality but can store larger amounts of data on

your device outside of your browser in connection with specific applications.

  - **Web beacons**, also known as pixel tags or clear GIFs, which are used to demonstrate that a webpage or email was accessed or opened, or that certain content was viewed or clicked.

- **Session Replay:** We may use technologies like FullStory that record your interactions with the Sites/Services, such as clicks and mouse movements. These recordings help us diagnose usability problems. You can opt out of session recording by FullStory at https://www.fullstory.com/optout/.

## Information We Receive from Third Parties:

- We may obtain information about you from other sources, such as public databases, marketing partners, data providers, and our affiliate partners, security and fraud detection firms, and social media platforms. Examples of the information we may receive from other sources include: account information; page-view information; contact information from business partners with whom we operate Abridge or industry events, sales and marketing campaigns, or joint offerings; search results and links, including paid listings (such as sponsored links).

## Targeted Online Advertisements:

We, our service providers and our third-party partners may collect and use your personal information for marketing purposes. These third parties may automatically collect and use certain information about your online activities, either on our Sites or other websites, such as your IP address, your ISP and the browser you are using. They may collect your information by using cookies, pixel tags, clear gifs and similar tracking technologies. We use the information collected, alone or in combination with information about you that we obtain from other sources (like our data partners and offline customer data), to among other things, deliver advertising targeted to your interests, including serving ads related to our products or services when you

access and use other websites, and to better understand the usage of the Sites tracked by these third parties. We may send you direct marketing communications. You may opt-out of our marketing communications as described in the Opt-out of Marketing Communications section below.

This Policy does not apply to, and we are not responsible for, cookies, pixel tags or clear gifs in ads delivered by third parties on other websites, and we encourage you to check the privacy notices of ad services to learn about their use of cookies and other online tracking technology. If you would like more information about this practice and to know your choices about not having this information used by these companies, visit http://www.aboutads.info/choices/.

## 2. How We Use Your Information

We use the information we collect to:

- Provide, operate, and improve our Sites and services;
- Offer customer service and support;
- Send you related information, including confirmations, technical notices, updates, security alerts, and administrative messages;
- Communicate with you about new products, services, and events that may be of interest;
- Conduct research and development to enhance our products;
- Conduct marketing and deliver interest-based advertising;
- Maintain your account;
- Enhance security, prevent fraud, and protect our rights and the rights of others;
- Detect bugs, report errors and perform activities to maintain the quality or safety of our services;
- Understand you and your preferences to enhance and personalize your experience and enjoyment when using our Sites, products and services;

- Maintain legal and regulatory compliance, and
- Process your information for other legitimate business purposes, such as customer surveys, audits, determining the effectiveness of our marketing campaigns and to evaluate and improve our products, services, marketing and customer relationships.

## 3. How We Share Your Information

We may share your personal information with the following parties and as otherwise described in this Privacy Policy or at the time of collection.

Depending on the purpose for disclosing, this may include:

- **Service Providers:** Vendors and service providers help us run our business and provide services to us. It is our policy to enter contracts with these service providers to limit how they may use and disclose your personal data.
- **Employers:** Employers, benefit consultants, or managers who contract with us to provide you our products and services. We must provide some of your personal data to them to fulfill our contractual obligations (and to provide services to you).
- **Advertising Partners:** Partners that help us with advertising and marketing our products and services. Examples are placing advertisements, including ad platforms, networks, and social media platforms, partners who work with us on promotional opportunities (including co-branded products and services), and third parties whose cookies and tracking tools we use.
- **Professional Advisors:** Professional advisors, such as lawyers, auditors, bankers and insurers, where necessary in the course of the professional services that they render to us.
- **Legal Authorities:** Examples of these parties include regulatory authorities, courts, law enforcement, government agencies, consultants, attorneys, and business partners. We may be required to or think it is in our best interest to share your personal data as required by law.

Examples include responding to a legal process, or to protect our rights or the rights of others.

- **Business Transferees:** Business transferees. Acquirers and other relevant participants in business transactions (or negotiations of or due diligence for such transactions) involving a corporate divestiture, merger, consolidation, acquisition, reorganization, sale or other disposition of all or any portion of the business or assets of, or equity interests in, Abridge, our affiliates, or our subsidiaries (including, in connection with a bankruptcy or similar proceedings).

## 4. Your Privacy Choices

You have choices regarding your personal information:

- **Opt-out of Marketing Communications.** You may opt-out of marketing-related emails by following the opt-out or unsubscribe instructions at the bottom of the email, or by contacting us. Please note that if you choose to opt-out of marketing-related emails, you may continue to receive service-related and other non-marketing emails.
- **Advertising Choices.** You may be able to limit use of your information for interest-based advertising through the following settings/options/tools:
  - **Browser settings**. Changing your internet web browser settings to block third-party cookies.
  - **Privacy browsers/plug-ins**. Using privacy browsers and/or ad-blocking browser plug-ins that let you block tracking technologies.
  - **Platform settings**. Google, Facebook, and Outbrain offer opt-out features that let you opt-out of use of your information for interest-based advertising. You may be able to exercise that option at the following websites:
    - Google: https://adssettings.google.com/
    - Linkedin: https://www.linkedin.com/legal/privacy-policy#key-terms-intro

        - Outbrain: https://dsr.outbrain.com/recommendations-settings/home/en

    - You can limit the use of your information for interest-based advertising by adjusting your browser settings to block third-party cookies or by using industry opt-out tools like those from the Network Advertising Initiative and the Digital Advertising Alliance.

- To opt out of the sharing of personal information for cross-context behavioral advertising:

    - You can control cookies by changing the settings for each category of cookies in Abridge's Cookies Storage Preferences via Cookie Preferences at the footer of Abridge's website. Alternatively, if you have a legally-recognized browser-based opt-out preference signal turned on via your device browser, such as the Global Privacy Control, we recognize such preference in accordance with applicable law.

- **State Privacy Rights.** Depending on your state of residence, you may have the right to request to know, access, correct, or delete your personal information. You may also have the right to opt out of the "sale" or "sharing" of your data for targeted advertising. You can exercise these rights by contacting us as described in Section 6.

## 5. California Users and Notice at Collection

The California Consumer Privacy Act of 2018 as amended by the California Privacy Rights Act of 2020 ("CCPA"), requires businesses that collect personal information of California residents to make certain disclosures regarding how they collect, use, retain and disclose such information. This section addresses those requirements. For a description of all of our data collection, use and disclosure practices, please read this Policy in its entirety.

**Personal Information Collection and Disclosure:** In the preceding 12 months, we have collected the categories of personal information listed in the table

below. We have disclosed this information for a business purpose to the categories of third parties listed.

| **Categories of Personal Information We Collect** | **Categories of Third Party Recipients to Whom We Disclose Information for Business Purposes** |
|---|---|
| Identifiers (e.g., name, email, phone number, IP address, account username/password) | Service providers; business partners (in connection with purposes we aim to make clear to you at or prior to collection) |
| Customer Records / Account Registration Information (such as address, telephone number, financial information) | Service providers; business partners (in connection with purposes we aim to make clear to you at or prior to collection) |
| Characteristics which may be protected classifications under California or Federal law (such as gender and marital status) | Service providers |
| Commercial Information (such as transaction data) | Service providers; business partners |
| Internet or Network Activity (e.g., browsing history, device ID, interaction with our Sites) | Service providers |
| Geolocation Data (e.g., general location derived from IP address) | Service providers |
| Professional or Employment-Related Information (e.g., specialty, employer, NPI number) | Service providers; business partners |

**Sale and Sharing of Personal Information:** We do not sell personal information for monetary value. However, our use of online advertising services may be considered a "sale" or "sharing" of data under the CCPA. In the preceding 12 months, we have "shared" Identifiers and Internet or Other Network or Device Activity with advertising partners for cross-context behavioral advertising. You can opt out by clicking the "Do Not Sell or Share My Personal Information" link in our website footer.

**Sources of Personal Information**: The sources from which we collect personal information are described in Section 1 (Information We Collect) above.

**Purposes for Collecting Personal Information**: We collect and disclose personal information identified in the lists above to communicate with you, for marketing and promotional purposes, to provide and improve our services and other purposes set forth in Section 2 (How We Use Your Information) above.

**Data Retention:** We retain personal information for as long as needed to fulfill the purposes for which it was collected, or as required by our legal obligations.

**Sensitive Personal Information**: Abridge does not use or disclose sensitive personal information (e.g. account credentials) for purposes other than those permitted purposes under the CCPA.

**California Consumer Rights**: California law gives California residents the right to make certain requests with regard to their personal information . Please see Section 4 (YOUR PRIVACY RIGHTS) for a description of those rights and how you may make a request.

## 6. Your Privacy Rights

Depending on the state in which you are a resident (such as in California, Colorado, or certain other U.S. states), you may have certain rights over the

personal information we maintain about you.

You may exercise your rights by contacting us.

Please note that you may not be able to use or access certain features of our services if you exercise some rights.

Those rights may include the following:

**Right to know**

To request information about the categories of personal information we have collected about you, the categories of sources from which we collected the personal information, the purposes for collecting, selling, or sharing the personal data, and to whom we have disclosed your personal data and why.

You may also request the specific pieces of personal information we have collected about you. Some of this information may already be in your account, which you can access upon signing in.

**Right to delete**

To delete personal information that we have collected from you.

**Right to opt out of sales and sharing for targeted advertising**

To opt out of (i) the sale or sharing of your personal data and (ii) targeted advertising.

**Right to opt out of profiling**

To opt out of being subject to a decision based only on automated means (where there is no human involved). The decision must produce legal effects on you or must impact you significantly in a similar way for this right to apply.

**Right to limit use and disclosure of sensitive personal data**

To limit uses to certain business purposes. This does not apply where we provide you products or services you request, or as permitted or required by law.

Abridge will verify that the information you submit (which may include your first name, last name, email address, company, and country/state) matches our records before we fulfill the request. You may use an authorized agent to submit a consumer rights request on your behalf using the methods above, however, Abridge will require the authorized agent to provide signed permission to submit the request on your behalf and may still contact you to confirm your identity.

Abridge does not discriminate against you for exercising your rights or offer you financial incentives related to the collection and use of your personal information.

## 7. Your Privacy Rights in Respect of Customer Data

If personal information pertaining to you as an individual has been submitted to the Service by or on behalf of a Abridge customer and you wish to exercise any data protection rights you may have in respect of that information under applicable law, including (as applicable) the right to access, correct, amend or delete such information, please inquire with the

relevant Abridge customer directly and refer to that customer's privacy notice.

## 8. Security

We use appropriate administrative, physical, and technical safeguards to protect your personal data. We evaluate our safeguards to adapt to new threats to the confidentiality, integrity, and availability of your personal data.

Even with the safeguards we use, we cannot completely guarantee the security of your personal data. Keep your login details in a safe place. Report any suspected security violations or incidents involving personal information by contacting us.

## 9. International Data Transfer

We are headquartered in the United States and may use service providers that operate in other countries. This means that there may be different privacy protections than those where you are located.

You understand that your personal information will be processed within the US and countries where our service providers are located when you access or use our products and services or otherwise provide personal information to us.

## 10. Data Retention and Deletion

We retain personal information we collect from you where we have an ongoing legitimate business need to do so (for example, to comply with applicable legal, tax or accounting requirements, to enforce our agreements or comply with our legal obligations). When establishing a retention period for specific categories of personal information, we consider who we collected the data from, our need for the personal information, why we collected the personal information, and the sensitivity of the personal information. When we have no ongoing legitimate business need to process your personal information, we will either permanently delete or anonymize it

or, if this is not possible (for example, because your personal information has been stored in backup archives), then we will securely store your personal information and isolate it from any further processing until deletion is possible. When processing Customer Data on behalf of our customers, we will retain Customer Data as described in our agreement with that customer.

## 11. Applicant & Candidate Texting Privacy Policy

The Abridge Human Resources team uses text messaging to communicate with candidates throughout the hiring process. By providing your phone number as a job applicant or interested applicant, you consent to receive text messages from Abridge regarding:

- Your interest in employment;
- Applications you submit to Abridge;
- Application status updates, interview scheduling, offers of employment, reminders, and pre-employment tasks; and
- Other communications related to the application or hiring process.

Your information will be shared with third parties as necessary to facilitate the interview process and text message delivery through our service providers, which may include recruiting platform providers, telecommunications companies, and messaging vendors. This may include the sharing of your personal data, including your SMS opt-in or consent status, with these third parties.

## 12. Children's Privacy

Our Sites and services are not intended for use by anyone under 18 years of age. We do not knowingly collect personal information from children. If you are a parent or guardian of a child from whom you believe we have collected personal information in a manner prohibited by law, please contact us.

## 13. Changes to this Privacy Policy

We reserve the right to modify this Privacy Policy at any time. If we make material changes to this Privacy Policy, we will notify you by updating the date of this Privacy Policy and posting it on the Site or other appropriate means.  Any modifications to this Privacy Policy will be effective upon our posting the modified version (or as otherwise indicated at the time of posting). In all cases, your use of the Site after the effective date of any modified Privacy Policy indicates your acceptance of the modified Privacy Policy. We may change this Policy from time to time. If we make material changes, we will notify you by updating the "Last Updated" date at the top of this Policy and posting it on the Sites.

## 14. How to Contact Us

If you have any questions about this Policy or privacy-related issues, please contact us at:

**Email:**

privacy@abridge.com

**Mail:**

**Abridge AI, Inc.**
Attn: Legal -- Privacy
30 S 15th St Ste 1550
PMB 41901
Philadelphia, PA 19102

| PRODUCT | AI | ABOUT | RESOURCES |
| --- | --- | --- | --- |
| Clinicians | Whitepapers | About Us | Customers |
| Revenue Cycle | Contextual Reasoning | Press | Abridge for Public Sector |
| Nurses | Science | Life at Abridge | Impact Calculator |
| | Publications | Careers | Best in KLAS Report 2026 |
| | | Contact | Best in KLAS Report 2025 |
| | | | News Feed |

**Abridge AI INC © 2026** Privacy Policy Terms of use Cookie Preferences