J. Jonathan Hawk (254350)
jhawk@mcdermottlaw.com
Ari R. Swazer (359884)
Aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

David P. Saunders (Admitted *pro hac vice)*
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700

Attorneys for Defendant SUTTER HEALTH

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTINA WASHINGTON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

SUTTER HEALTH, a California nonprofit corporation; and DOES 1-100, inclusive,

Defendants.

CASE NO. 3:26-cv-03012

**DECLARATION OF VEENA JONES, M.D. IN SUPPORT OF SUTTER HEALTH'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1)**

**DECLARATION OF VEENA JONES, M.D. IN SUPPORT OF SUTTER HEALTH'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1)**

I, Veena Jones, M.D., declare and state as follows:

1. I am over the age of 18 and am competent to make this declaration. I submit this declaration in support of Sutter Health's ("Sutter") Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) in the above-referenced matter. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am Sutter's Vice President and Chief Medical Informatics Officer. I have served in that role since January 6, 2025. As Sutter's Vice President and Chief Medical Informatics Officer, I have knowledge of the following: (1) Sutter's history and operations, (2) clinical visit documentations practices, both specific to Sutter and general to the healthcare field, and (3) Sutter's use of Abridge AI, Inc. ("Abridge").

**A. Sutter and Its Operations**

3. Sutter is a not-for-profit, community-based healthcare system committed to advancing care for everyone. It was founded in 1921 and is headquartered in Northern California.

4. Sutter's integrated health system offers a connected care model that delivers treatment when, where, and how people need it. Through its more than 14,000 clinicians and 57,000 employees, Sutter provides patients with coordinated care at its 27 hospitals, more than 200 clinics, and more than 40 outpatient, imaging and surgery centers, and home service centers across Northern and Central California.

5. Sutter reinvests significant amounts of money into improving healthcare and supporting families through philanthropy. In 2024, Sutter drove $136 million in total philanthropic contributions from almost 17,000 donors, which went towards enabling major investments in digital innovation, breast cancer services, cardiovascular care, transplant medicine, clinician education, artificial intelligence, and many more initiatives.

6. As part of its mission to achieve higher levels of care quality and deliver stronger healthcare outcomes, Sutter has implemented new technologies in several facets of patient care, recognizing that these new tools increase the speed and improve the accuracy of patient care including the diagnosing of diseases.

7. Sutter's implementation of Abridge and similar technologies has returned more than one million working hours to employees and physicians. *See* Ex. 1. Exhibit 1 is a true and correct copy of Sutter's 2024 Annual Report.

**B. Patient Visit Documentation Processes**

8. Documenting patient encounters is a routine and essential component of the provision of healthcare services. For a variety of compliance, continuity of care and operational reasons, Sutter requires that its providers document notes of their clinical sessions with patients.

9. The manner in which that documentation is done can and does vary. Healthcare providers have for example: created handwritten or typed notes during or after a patient visit; had a colleague sit through a patient visit to write or type notes; and/or dictated notes. Written or dictated notes are sometimes then passed to other Sutter personnel to review, organize, and type into a final set of notes to be placed into the patient medical record.

10. Patient records are regularly shared among care teams, specialists, and support staff to ensure appropriate record-keeping and coordinated treatment. For example, it is not uncommon for a patient to first meet with a medical assistant during a visit who reviews the patient's reason for visit and medication list and takes notes. The medical assistant may then discuss that encounter with a physician, who reviews the patient's medical records, meets with the patient, takes their own notes, and further discusses the visit with other personnel in connection with planning treatment steps, discharging the patient, and ensuring proper record keeping.

11. The patient's medical record also may be shared with others including other healthcare providers to consult on potential treatments or diagnoses. It may also be shared with billing vendors, electronic health record providers, administrative personnel, and insurance providers in connection with various administrative tasks.

12. The ability to share patient medical records with other providers and third parties engaged in the delivery of care is a key component of the delivery of modern day healthcare services.

13. Provider notes ultimately may be shared directly with patients through Sutter's Electronic Medical Records system, empowering patients to actively track their symptoms, review care instructions, and participate more actively in managing their health.

14. Given the centrality of patient notes to the coordination of healthcare services, accurate notetaking is important. However, it also imposes substantial burdens on healthcare providers. Sutter views administrative burden as a major contributor to provider fatigue and burnout, reducing the time clinicians can devote to direct patient care.

**C. The Abridge Platform's Functionalities and Benefits**

15. Sutter implemented Abridge as a modern platform to support clinical documentation, as part of its larger mission of improving patient care. Abridge works in three steps: (1) a microphone-enabled device captures the audio of a patient visit; (2) the Abridge software then generates a transcript of that audio and drafts the beginnings of a clinical note; and, (3) the treating physician reviews, edits, and finalizes the clinical note within the electronic health record.

16. The purpose of Abridge is to aid healthcare providers with part of the clinical note generation process. Functionally, it replaces or supplements other methods of note-taking with a modern tool designed to reduce administrative burden and allow clinicians to devote more attention to their patients.

17. At Sutter, a patient can opt out of the use of Abridge at any time by asking the provider to stop their use of the tool.

18. The use of Abridge has shown material benefits to the provider-patient interaction at Sutter. Attached hereto as Exhibit 2 is a true and accurate copy of a case study that Sutter performed on Sutter-affiliated physicians' use of Abridge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

Executed this 15th day of August, 2026, in Portola Valley, California.

Veena Jones (Aug 15, 2026 07:18:08 PDT)

Veena Jones, M.D.

Vice President and Chief Medical Informatics Officer

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles