# EXHIBIT 1



Sutter Health

# MOMENTUM
## With Purpose

2024 Annual Report

# About Sutter Health

**At Sutter, we never stop making healthcare better. Our culture is centered on our patients, people and communities.**

Sutter Health is a not-for-profit, community-based healthcare system committed to advancing care for everyone. Our teams work together to optimize the experience and treatment for patients in the communities we serve.

Headquartered in Northern California, we provide healthcare to over 3.5 million Californians. Our integrated health system offers a connected care model that delivers treatment when, where and how people need it.

## IN THIS REPORT


**4** Annual Letter from Our Board Chair and President and CEO

**8** Our Mission, Vision and Values

**10** Achieving Higher Levels of Care Quality

**18** Elevating the Voices of Physicians and APCs

**24** Powering Possibility Through Philanthropy

**28** Generous Donors Share Their "Why"

**30** Igniting Innovation Through Research and Partnerships

**34** Caring for More

**40** Delivering a More Connected Patient Experience

**44** Building Our Community

**50** Caring for Our People, Always

**56** Executive Leadership



# At Sutter Health, we’re doing more

We’re expanding access, harnessing innovation and empowering our people to realize our vision: **to be the most comprehensive, integrated and connected health system for getting and staying well.**

# It starts with high-quality care

Our skilled, caring and dedicated physicians, clinicians, nurses and care teams work together as one cohesive team to deliver high-quality care for our patients.





# And we're committed to caring for even more patients

We're investing in new facilities and technologies and allying with community partners to expand our services and serve more patients.



# Energized To Do More

A Message from Our Board Chair Ken McNeely (left) and President and Chief Executive Officer Warner Thomas (right)

# MOVING FASTER, DRIVING RESULTS 2024 Performance Highlights

**3.5M**
patients served, including nearly 100K new patients

**4**
new and enhanced ambulatory facilities

**Over 1K**
physicians and clinicians recruited to our aligned medical groups, nearly 2K over the last two years

**40%**
reduction in employee turnover since 2022, including a 15% reduction since 2023

**54%**
retention of residents and fellows trained in our graduate medical education (GME) programs

**6x**
increase in patients scheduling appointments online

**16**
hospitals rated "A" by Leapfrog for safety performance, up from three in 2023

**$136M**
raised by nearly 16.8K grateful patients in another record year for philanthropy

This is a pivotal moment for healthcare in California and across the nation. Emerging innovations are reshaping how we care for patients, even as health systems face mounting pressures. Access gaps are widening, especially in rural and underresourced communities, and more patients are reaching Medicare age — all while healthcare workforce shortages persist.

We see these challenges as exciting opportunities to expand the boundaries of how we care for patients and serve communities. Sutter Health has long been a trusted partner to Californians, and today we're strengthening that partnership in compelling new ways. We know it's not enough to simply adapt to the evolving healthcare landscape — we must lead the change. That's the guiding principle behind Destination 2030, our roadmap to lead Sutter into a new era of compassionate, high-quality care.

In 2024, we accelerated our progress toward Destination 2030 as a strong, unified team, or as we like to call it, ONE Sutter. We engaged our entire system to refresh our mission, vision and values, creating a shared sense of the future we want to create. Our mission is Sutter's North Star: caring for patients first and our people always. Our vision states our long-term aspiration: to be the most comprehensive, integrated and connected health system for getting and staying well.

Turning vision into reality requires passionate, committed teams, and this past year, they delivered. We provided care to 3.5 million neighbors, including more than 100,000 new patients. This inspired us to continue raising the bar on care quality while expanding access where it's needed most. Patients now benefit from four new ambulatory sites and a range of additional care facilities, with projects underway to broaden services in cancer care, behavioral health and more.

Recruiting and developing exceptional talent is crucial to sustaining this momentum. Last year, we welcomed over 1,000 new physicians and invested in robust education programs to develop future talent. Sutter's strong partnerships with aligned medical groups and independent physicians are core to all we do and essential to our long-term priorities. Our new dyad leadership model, pairing physicians and advanced practice clinicians (APCs) with administrative leaders,

elevates their voices across our organization, ensuring clinical expertise is central to both business and care decisions. This builds on our recent reorganization into six new divisions, further aligning our structure and leadership with the areas where we serve our patients.

Another focus is improving how we deliver care, from streamlining internal processes to innovating for better health outcomes. We're in the right place to make a difference — after all, the world's center of artificial intelligence (AI) development and technological expertise is right here in San Francisco and Silicon Valley. We're already driving advancements in areas from Alzheimer's treatment to stroke care, and our one-of-a-kind Innovation Center will serve as a hub for future breakthroughs.

To help fuel our progress, we are driving a digital transformation — one that empowers patients and enables a more connected, convenient experience. In 2024, more than 1 million patients actively used our digital portal each month, with a sixfold increase in online appointment scheduling. We also trained our teams to enhance collaboration and consistency at every patient touchpoint, supporting strong improvements across internal quality indicators and top marks from leading industry rankings.

# Meaningful Strides Toward Destination 2030

Destination 2030 is Sutter Health's strategy to make healthcare better and more accessible in Northern California while positioning the organization as the premier health system in the region. Here's how we're making strides across five strategic pillars:

## BE THE BEST EMPLOYER IN THE NATION

We will be the best place to work, practice, teach, research, and grow for physicians and clinicians, nurses and caregivers. In 2024, we:

- Significantly improved employee and clinician engagement scores.
- Substantially increased retention for employees overall and in their first year.
- Hosted 296 residents and fellows.
- Invested in digital automation to give employees back 1M+ working hours, making it easier for them to provide exceptional care.

## COORDINATE HEALTH AND SERVE MORE PATIENTS

We will be the most accessible and integrated ecosystem to coordinate health. In 2024, we:

- Served ~100,000 more patients, compared to 2023, opened four new sites and increased access across ambulatory surgery centers (ASCs) by 13% from 2023.
- Created the equivalent of 100 extra hospital beds through efficient capacity management.
- Supported our aligned practices in recruiting 1K+ physicians.
- Earned U.S. News & World Report's best in California recognition for five hospitals, with three earning national rankings in medical specialties.
- Achieved recognition as one of Premier, Inc.'s top 15 health systems in the country, the only California health system to do so.

We're delivering a better experience for the people who power Sutter, too, embracing automated solutions to reduce administrative burdens and engaging more than 11,000 employees in Power of ONE events in 2024. Since 2022, we've reduced employee turnover by 40%, and today, 85% of our employees say they would recommend Sutter as a great place to work. This matters. When our teams feel supported, our patients feel it too.

Perhaps the most powerful testament to our impact is the number of patients and families who have chosen to invest in our mission, inspired by the care they've received. Sutter achieved a record year of philanthropy in 2024, multiplying our ability to help patients and communities thrive.

As you'll see in this year's report, our momentum is strong, and the synergy of our efforts is propelling us forward. With every patient encounter, every day, we are bringing our bold vision to life.

Warm regards

**Ken McNeely**
Board Chair

**Warner Thomas**
President and
Chief Executive Officer

## PROVIDE A CONNECTED, CONVENIENT AND BEST EXPERIENCE

We will provide the simplest, easiest-to-use, most connected, highest-quality experience. In 2024, we:

- Achieved a 6x increase in appointments scheduled online by patients since 2023.
- Digitally engaged and empowered 63% of patients, +14.5% since 2023.
- Improved scores for patient experience in every care setting.
- Opened our new Innovation Center.
- Engaged ~5,000 Sutter team members in our first systemwide Innovation Challenge, generating nearly 250 innovative ideas.
- Released philanthropic funds to support more than 500 projects aimed at improving the care and experience of patients.

## GUIDE WHOLE-PERSON HEALTH

We will deliver preventive and predictive 'whole person' health. In 2024, we:

- Used a ONE Sutter approach to streamline administrative processes.
- Expanded complex care management patient outreach, reducing hospital readmission rates.
- Improved the performance for Sutter Health Plan and Medicare Advantage programs.

## IMPROVE PATIENT, COMMUNITY AND SOCIETAL HEALTH

We will be the leader for health across our communities and the nation. In 2024, we:

- Increased investments in community benefit programs and services to $1B+.
- Expanded our Graduate Medical Education program, putting us on track to become Northern California's leading community-based healthcare training institution.
- Announced new academic partnerships, including a $7.5M, 10-year commitment to Charles R. Drew University (CDU) of Medicine and Science to fund scholarships and help expand access to high-quality care.



# Guiding the Journey

## Our Mission, Vision and Values

Over more than a century, Sutter has served millions of people across California. Building on that proud history, we refreshed our mission, vision and values in 2024. In the years since these were last updated, the healthcare landscape has seen tremendous change. Our answer is not to stay static but to boldly forge ahead in writing Sutter's next chapter.

We wanted each element to be truly *ours*, so we developed them with input from thousands of physicians, clinicians, leaders and team members. Together, they guide us to come together as ONE Sutter and build momentum toward what we want to achieve.

### A compelling **MISSION:**

**Caring for our patients first and our people always.**

Our mission encompasses Sutter's purpose and reason for being. It ensures that, as we write the next chapter of our legacy, we are doing so in a way that would make those who came before us proud. Our mission also guides our decision-making as we ask big questions about the future of care, helping us act in the best interest of our patients and our people.

### A clear **VISION:**

**To be the most comprehensive, integrated and connected health system for getting and staying well.**

Our vision gives us energy and momentum as we pursue our aspirations for the future. It inspires us to:

- Differentiate Sutter by providing patients with the most comprehensive network of care options in the region.
- Enhance our patients' experience by taking a more holistic, coordinated and integrated approach.
- Promote continuous patient connection by leveraging the best technology to make our care the simplest and easiest to use.



## Supported by foundational **VALUES:**

**Our values represent what we believe and guide *how* we show up for our patients, communities and colleagues each day. These are the principles we commit to consistently uphold in our work, no matter the role or task:**

### Excellence
We deliver high-quality care and have the courage to take on the toughest challenges.

### Curiosity
We are constantly learning and creating new ways to advance healthcare.

### Teamwork
We collaborate with humility and solve for ONE Sutter.

### Compassion
We show empathy and understanding in every personal interaction.

### Inclusion
We cultivate a sense of belonging by creating spaces for all our people to feel valued.

### Integrity
We earn trust by doing the right thing and delivering on our commitments.

> **"We take care of our patients first and our people always. That's always resonated with how I am as an individual, and I'm driven by that mission."**
>
> - Bianca Burmfield, Case Management, Greater East Bay Division

# Achieving Higher Levels of Care Quality

We value excellence. That means doing our best today and challenging ourselves to do even better tomorrow. Our goal: make Sutter Health the best place to receive care. To get there, we are building our clinical capabilities through targeted research and technologies, while ensuring industry-recognized best practices are hardwired into our system.

Sutter patients benefit from the strength of our entire system, which we have organized into six divisions that more fully align our high-quality care and services across key regions. The reorganization ensures our divisional leaders have ownership of the full continuum of care, creating a more integrated experience for our patients. As we refined this approach in 2024, we also enhanced our processes for gathering insights and documentation — especially for high-risk patients — to better assess our patients' comprehensive needs.

Every member plays a role in these efforts, and their hard work is demonstrating strong results. Our Quality Dashboard showed improvements across all major care settings and metrics from 2023 to 2024. From increasing cancer and wellness screenings to enabling patients to safely return home sooner to reducing hospital readmission rates, we found new ways to help even more patients get and stay well.



# SELECTED ACCOLADES

Our aligned physicians, care teams and hospitals have earned a reputation for providing world-class care, not just throughout California but across the U.S. We were proud to earn many third-party recognitions in 2024, achieving significant improvements in several rankings over the past two years.

## By the Numbers

**16**
Leapfrog A-rated hospitals for safety, up from three in 2023[*†]

**15**
hospitals with 4+ stars for overall quality from the Centers for Medicare & Medicaid Services, including seven with a perfect 5-star rating[*†]

**5**
hospitals ranked among the Best in California by U.S. News & World Report and three in the top 50 nationally for medical specialties[†]

## Industry Awards and Recognitions

**The Leapfrog Group**

Top General Hospital, 2024

**Healthgrades**

America's 50 Best Hospitals, 2024
America's 100 Best Hospitals, 2024
Outstanding Patient Experience, 2024
Patient Safety Excellence, 2024

**U.S. News & World Report**

Top-50 Hospitals Nationally for Medical Specialties:
Gastroenterology & GI Surgery, 2024-25
Obstetrics & Gynecology, 2024-25
Rehabilitation, 2024-25

**High Performing Hospitals:**

Maternity, 2024

**Newsweek**

America's Best Physical Rehabilitation Centers, 2024

**Integrated Healthcare Association**

Excellence in Healthcare Award 2023

**Reputation**

Healthcare Industry Leader, 2024
The 800 Award, 2024

**American Medical Association (AMA)**

Joy in Medicine Bronze Award, 2024-25

**Chartis**

Performance Leadership Award, 2024

[*]Above the national and California averages
[†]Two or more consecutive years of improvement

# Spotlight on Clinical Excellence

When patients receive care within the Sutter system, they benefit not only from the team working to meet their immediate needs but also from coordination across systemwide programs spanning various specialties. Here are a few standout service lines within these physician-led specialties — and stories of some of the patients we've helped along the way.

## Advanced Cancer Services

Cancer is highly specific to each individual — so treatment and support should be, too. Sutter's specialists help patients with all cancer types navigate each step of their journeys, from preventive medicine to palliative care and survivorship. Our advanced cancer services span more than 22 cancer centers and over 150 Phase 1-4, industry and National Cancer Institute-sponsored clinical trials of novel, investigational treatments. We offer individualized care in communities across Northern California, often housing both clinical and support programs in the same building so patients can easily access everything they need in one place.

### By the Numbers

**250+**
clinicians focused on every cancer type, from breast cancer to bone marrow transplants

**22**
cancer centers providing nationally recognized cancer care

**80+**
imaging locations across California providing access to screenings to help catch cancer early

### Empowered by Early Detection

At age 35, Jennifer Morrice was diagnosed with stage 3 lung cancer and came to Sutter to undergo a lung resection, radiation and chemotherapy. For 10 years, her cancer remained in remission, until a screening detected a suspicious spot between her lungs.

Morrice connected with her Sutter care team and was encouraged to learn that a faster, less invasive tool for diagnosis had emerged since her first bout with the disease. At Sutter's CPMC in San Francisco, pulmonologist Dr. Heba Ismail used robotic-assisted bronchoscopy to diagnose and assess Morrice's cancer. Thanks to this innovative approach, Morrice's recurrent cancer can be suppressed with an oral, targeted therapy.

> **"I want to take the scariness out of cancer diagnosis and encourage early screening and vigilance. When you have the right team around you and the necessary information to move forward, there's empowerment in that knowledge."**
>
> - Jennifer Morrice, Sutter patient



Sutter patient Jennifer Morrice and Heba Ismail, M.D.

## Advanced Heart and Vascular Services

With a focus on innovative procedures and treatments and a track record of "firsts" in cardiac care for Northern California, Sutter is committed to providing the best and most comprehensive heart and vascular care in our region. Our clinical outcomes are among the best nationwide, with advanced programs for a range of conditions, including cardiology, interventional cardiology, cardiac surgery, vascular surgery, electrophysiology, advanced heart failure, congenital heart disorders and heart transplants.

**Facilitating a Heartfelt Rescue**

When AMR paramedic Rose Pangburn and intern Mohammed Kadid responded to a 911 call in Davis, they found 19-year-old student Catherine Cai, who had collapsed on her way to class during midterms. Cai was responsive — though dizzy and a bit sick — but the paramedics would soon realize her heart was failing. They decided to rush her 18 miles to Sutter Medical Center, Sacramento, the only hospital in the Greater Sacramento area named a Certified Comprehensive Cardiac Center. When Cai suffered cardiac arrest upon arrival, the team delivered immediate, innovative care. First, they used a rarely employed emergency room machine to bring her back to life. Then, they implemented a tiny pump to help her heart recover without a transplant. These decisions ultimately enabled Cai to leave the hospital in good health, with Cai later returning with her family to meet the care team that supported her through the procedure and her recovery.



Sutter patient Catherine Cai and her mother.

> **It is a miracle that she arrived at our center at the right time. She is alive because she was in our E.R."**
>
> - Zi-Jian Xu, M.D., Medical Director of the Heart Failure Program at Sutter Medical Center, Sacramento

## By the Numbers

**360+**
heart and vascular specialists providing award-winning cardiovascular care to adults and children

**5**
cardiac surgery centers at the foundation of our cardiovascular program — one of the country's leading programs

**8**
Sutter hospitals recognized by U.S. News & World Report for heart attack and heart failure care

## Advanced Neuroscience Services

Sutter provides award-winning care at nationally recognized centers for people living with a range of neurological conditions including ALS, Alzheimer's disease, brain injuries, epilepsy, Parkinson's disease, movement disorders, migraine, dementia, stroke and more. Our multidisciplinary teams of neurologists, neurosurgeons, neuro-oncologists, and physical and occupational therapists work together to help speed patients' recovery and prevent recurrence. In recent years, we have deepened our investments in this service line, including by expanding our Telestroke Program systemwide and increasing our capacity for neurological and neurosurgical care in San Francisco.

**Clear Diagnoses, Lasting Results**

Neurologic conditions don't always affect the brain. This can occasionally make them difficult to identify and diagnose. Such was the case for Jane Young, a 65-year-old resident of Roseville, who began noticing a dull but persistent pain near her tailbone in 2021.

"My symptoms started slowly and worsened with time," Young said. "But initial recommendations from an orthopedic surgeon, physiotherapist and acupuncturist failed to surface insights that got to the true root of the problem." However, a spinal MRI revealed a Tarlov cyst, a grape-sized, fluid-filled sac at the base of her spine.

Young's primary care provider referred her to Dr. Rudolph Schrot, a neurosurgeon with Sutter Medical Group (SMG) in Sacramento. "Because Tarlov cysts are often ignored, patients may lack a proper diagnosis," Dr. Schrot said. "They may even undergo the wrong surgery or simply be told nothing is the matter with them."

Dr. Schrot conducted a two-hour surgery to remove the Tarlov cyst, and after two days of recovery, Young began walking slowly with help from a Sutter physiotherapist.

## By the Numbers

**100+**
neurologists providing comprehensive neurologic care that guides people from prevention to recovery

**17**
certified stroke centers, including nine ranked High Performing by U.S. News & World Report

**2**
comprehensive cognitive disorder clinics and the world-renowned Forbes Norris MDA/ALS Research and Treatment Center

> **"The compassionate, expert care from Dr. Schrot and a team of nurses made all the difference in my recovery, helping me return home to my family and the things I enjoy."**
>
> - Jane Young, Sutter patient



## Children's Health Services

More than 400 aligned Sutter pediatricians, pediatric subspecialists, nurses and technicians offer emergency, neonatal, cardiology and other specialty care for children across Northern California and the Central Coast. Services we offer to support kids and parents include a pediatric navigation program, well-child visits, same-day care options for when kids are sick, pediatric classes and support groups. We also offer dedicated programs that help kids adjust to and cope with medical appointments and hospital stays, including our Child Life programs, facility service dogs, music therapy and more.

**Comprehensive Care for Our Smallest Patients**

Premature babies often require special care after birth as their lungs, gut and other organ systems reach maturity. Seiori Sweeney Austin, who was born at a gestational age of just 23 weeks and two days — the edge of potential fetal viability — tested the limits of routine neonatal intensive care.

"Seiori was so small, even by preemie standards, that our care team was initially challenged placing her breathing tube, providing her nutrition and giving her medication, because her veins were almost too small for even the smallest IV line," said Dr. Shilpa Patil, an attending neonatologist and associate medical director of the Alta Bates Summit NICU, where Seiori spent the first six months of her life.

Seiori and her mother, Paris Sweeney Austin, benefited from an experienced team including neonatal nurses; respiratory therapists; nutritionists; pharmacists; physician specialists; neonatal speech, occupational and physical therapists; clinical social workers; psychologists and spiritual care providers, all of whom coordinated to give the family high-quality and compassionate support.

## By the Numbers

**600+**
pediatric providers meeting kids' health needs

**7**
neonatal intensive care units (NICUs) where highly trained neonatal specialists offer top-quality critical care

**16**
Sutter birth centers delivering babies and providing children's care, with 14 Sutter hospitals named among the Best Places to Have a Baby by U.S. News & World Report



Sutter patient
Seiori Sweeney Austin.

> **"Caring for Seiori was one of the most challenging — and rewarding — experiences of our careers. Seeing her go home was emotionally overwhelming, and it made all of our hard work completely worth it."**
>
> - Dr. Shilpa Patil, Attending Neonatologist and Associate Medical Director of the Alta Bates Summit NICU

# Delivering Stronger Outcomes

Our work to advance quality care and deliver the best outcomes remained a top priority in 2024, which we furthered with a variety of initiatives, including:

## Caring for Patients Using AI

AI-driven tools are assisting the speed and accuracy with which many diseases can be diagnosed. In stroke care, for example, enhanced imaging tools using AI are helping clinicians identify large blood vessel clots within minutes and in lung cancer care, AI-based platforms have helped clinicians flag over 1,000 potential issues, resulting in more early-stage cancer detections and better patient outcomes.



## Delivering Enhanced Stroke Care to More Patients

In addition to transforming our approach to stroke care with AI, our new telestroke program made critical stroke care accessible to more patients in rural communities. The program enables Sutter's stroke specialists to remotely see patients across our footprint and provide their emergency healthcare providers with recommendations for diagnosis and treatment.



Sutter patient Simona Thorpe and Sutter Care at Home team member Melina Vang, R.N.

**SCAH significantly improved its Centers for Medicare & Medicaid Services (CMS) star ratings for Home Health quality of patient care and satisfaction from 2023 to 2024. Results included:**

**26%**
average improvement in patient satisfaction across locations

**13%**
average improvement in patient care outcomes across locations

**11.3%**
improvement in patient access to Home Health Care
(vs. a national average of 0.7%)

**10.5%**
improvement in patient access to Hospice Care
(vs. a national average of -1.72%)

## Bringing Our Care Strategy Home

The Sutter Care at Home (SCAH) program is one of the country's leading home-based care networks, providing patients with at-home resources, education and care. Its services include Home Health Care, Hospice Care, Sutter Infusion and Pharmacy Services, Home Medical and Respiratory Equipment, and Sutter Senior Care PACE (Program of All-inclusive Care for the Elderly). SCAH significantly grew its Pharmacy Services and Sutter SeniorCare PACE service lines in 2024, helping more patients avoid emergency room visits or shorten their stays.

PROGRESS POINT

In the Greater East Bay, Sutter Eden Medical Center earned The Joint Commission's Gold Seal of Approval® and the American Stroke Association's Heart-Check mark for Advanced Comprehensive Stroke Center Certification in 2024. Eden joins Sutter Medical Center, Sacramento, as the second hospital in the Sutter system to receive the certification.




# Elevating the Voices of Physicians and APCs

Our network of physicians and advanced APCs are the engines that power Sutter — the entire system benefits from their experience, knowledge and expertise. We aspire to make Sutter *the* best place for them to practice medicine and provide care while empowering them to multiply their impact as part of our ONE Sutter team.

One of our goals is to further integrate the leadership of physicians and APCs by amplifying their voices across the organization and strengthening our partnerships with aligned medical groups and community physicians. Our new dyad leadership structure supports this ambition, bringing physician and administrative leaders together to partner in leading Sutter's service lines and divisions. The dyad model is designed to foster a connected ecosystem and ensure our decisions and practices are informed by those on the front lines of patient care. In 2024, we extended the model to Sutter's Division of Academic Affairs, pairing an executive and physician leader to align research with medical education and drive our strategic priorities forward.

# BUILDING MOMENTUM IN 2024

**8+**
medical groups supporting the Sutter System

**12K**
community and independent physicians and clinicians who have a relationship with Sutter

**126%+**
increase in retention of the physicians and APCs by our medical group in the Central Valley region, supported by the ongoing efforts of Gould Medical Group's (GMG's) robust wellness program

**50**
new clinicians welcomed to Sansum Medical Group, a 3X increase from 2023

**9%**
increase in patients receiving care from Sutter East Bay Medical Group (SEBMG)

**20%**
primary care team growth at Sutter North Medical Group (SNMG)

**90th+**
percentile scores achieved by Palo Alto Foundation Medical Group (PAFMG) on clinical quality and patient experience by the Integrated Healthcare Association (IHA)

**20%**
growth to care for more patients among Sutter Independent Physicians (SIP)

**90th+**
percentile scores achieved by Mills-Peninsula Medical Group (MPMG) on hypertension measures by the IHA

**51%+**
increase in new patient visits with Sansum Medical Group (SMG) clinicians

**20%+**
growth to care for more patients at Sutter Medical Group of the Redwoods (SMGR)

**15%**
increase in patients cared for at Sutter West Bay Medical Group (SWBMG)

# Fueling Success for Our System and Patients

Our partnerships with both aligned medical groups and independent practice associations help us energize our shared culture and deliver exceptional outcomes.



## Highlights from our aligned medical groups and independent physicians 2024 include:

### Gould Medical Group

**Founded in 1948**
**Nearly 500 physicians and clinicians**

Through a strategic expansion in the Greater Central Valley, GMG helped ensure that families with high-risk pregnancies can receive specialized care close to home, adding two maternal-fetal medicine physicians and four new neonatologists. This additional staffing — along with expanded services in the region — will enhance pregnancy care, and our neonatology team hopes to achieve level 3 status for Sutter's Memorial Medical Center, Modesto (MMC) NICU in 2025. GMG was also integral in securing funding for a new cancer center on the campus that will include an ASC and additional office space for physicians.

### Palo Alto Foundation Medical Group

**Founded in 1930**
**2,100+ physicians and clinicians**

Engagement was a focus at PAFMG, which expanded programming created by clinicians to support communities and colleagues. This included introducing a new Health Engagement and Action Locally (HEAL) program to facilitate clinician volunteerism with local nonprofits and establishing the ENCORE program to honor retiring physicians while helping them navigate retirement and maintain their connection to PAFMG. The group also welcomed two new cohorts through LAUNCH, a graduate training program for APCs, which it expanded to include pediatrics. These and other efforts helped PAFMG achieve strong measures for ambulatory quality, earn high satisfaction scores among physicians and APCs and enhance the lives of many patients who were inspired to give back. The group also received honors from the IHA and earned the AMA Joy of Medicine Bronze award.

### Sansum Medical Group

**Founded in 1921**
**270 physicians and clinicians**

Building on more than a century-long legacy of delivering care to Santa Barbara County, Sansum Medical Group has made strides in improving access to care since beginning its relationship with Sutter in 2023. Sutter's strategic investments and resources, tailored specifically for the Central Coast, have enabled Sansum Clinic to welcome nearly 50 new clinicians in 2024, a threefold increase compared to previous years. Half of these recruits are APCs, with many specializing in primary care, resulting in a nearly 50% reduction in patient wait times from 2023. The group has also expanded specialty care by introducing providers in fields where access has historically been limited, including a pediatric optometrist, a fellowship-trained endoscopic gastroenterologist and a urogynecologist with expertise in robot-assisted complex pelvic surgery. These advancements help ensure our patients receive both routine and highly specialized care closer to their homes and support networks.

## Sutter East Bay Medical Group

**Founded in 2005**
**Nearly 550 physicians and clinicians**

SEBMG significantly expanded key programs and services in 2024, making strides in areas including neurology care, surgical offerings and more. For example, the group added 15 cardiologists to enhance cardiology services and gained more experience with specific medical procedures, supporting better outcomes. The group also launched a structural heart program and improved access to cardiac testing, reducing wait times from three weeks to next-day availability. Additionally, SEBMG furthered several primary care and women's health initiatives, including expanding OB-GYN access and beginning an internal medicine residency clinic. SEBMG also launched its first GME program, an internal medicine program that will be among the largest in Sutter's system.

## Sutter Medical Group

**Founded in 1984**
**Over 1,500 physicians and clinicians**

To support expanded services and access, SMG grew by over 20%, adding more than 200 physicians and 50 APCs. This helped SMG welcome over 40,000 new patients into its primary care practices, providing them with a comprehensive, integrated network to support their health and wellness and giving them access to the best in primary care. Year-over-year, SMG increased new patient visits by 51%, and the group is excited to continue this growth in 2025.

## Sutter Medical Group of the Redwoods

**Founded in 1992**
**145 physicians and clinicians**

SMGR conducted a major recruitment effort that led to 20% growth in 2024. SMGR has now achieved pre-COVID staffing of primary care clinicians, translating to greater access to care for more local patients and a better experience for clinicians. The group also grew its capacity for specialty care, reducing patient wait times. Looking ahead, SMGR plans to bring much needed primary and specialty care to patients in rural communities, including Mendocino County, Lake County and Petaluma.

## Sutter North Medical Group

**Founded in 1938**
**125 physicians and clinicians**

SNMG had a breakthrough year of recruitment in 2024. By partnering with an outside firm and adding a dedicated recruiter within the Sutter North footprint, SNMG grew its primary care team by 20%, supporting more balanced clinician workloads and better patient access and satisfaction. Additionally, Sutter plans to expand cancer care in the Yuba and Sutter counties with support from the Enterprise Rancheria Tribe, owners of Hard Rock Hotel & Casino Sacramento. As the population continues to grow in the region, this expansion will allow more patients to receive world-class cancer care close to home.

## Sutter West Bay Medical Group

**Founded in 2003**
**Nearly 230 physicians**

SWBMG continued to refine its approach to primary care, focusing on subspecialization to provide targeted care and services for specific populations, such as integrative medicine and geriatric care. The group also added 15 primary care physicians, increasing access with a 15% increase in patients treated during the year. Additionally, SWBMG made several clinical advancements to improve access to critical care. This included implementing new machine perfusion technology for organ transplants; participating in leading clinical trials for heart, vascular and stroke care; and administering Lecanemab to treat early Alzheimer's disease — a first for the region.



## Sutter Independent Physicians

**Founded in 1986**
**950 physicians and clinicians**

From 2023 to 2024, SIP grew its commercial members by 20%. This expansion, combined with SIP's growth in primary care physicians and specialists, demonstrates the importance of independent, Sutter-affiliated practices in the Sacramento area and means more patients can receive the care they need. SIP was also the only medical group at Sutter and throughout California to receive the AMA Joy in Medicine Silver award, in addition to achieving reported physician satisfaction rates well above the national average. These achievements demonstrate how SIP and Sutter are partnering to provide physicians with satisfying, sustainable careers.

## Mills-Peninsula Medical Group

**Founded in 1994**
**Nearly 230 physicians and clinicians**

With a focus on delivering quality healthcare outcomes, MPMG excelled in three key patient experience areas measured by the Press Ganey Survey in 2024. This included ranking in the top quartile or higher for "ability of scheduling desired appointment," "likelihood of recommending practice" and "staff worked together to care for you." MPMG also scored above the 90th percentile on hypertension measures in the statewide IHA Align Measure and Perform program for commercial and Medicare Advantage populations. Individuals with diabetes are at a higher risk of developing hypertension, and MPMG excelled in this regard as well, scoring in the 90th percentile for IHA's "diabetes eye exam" measure for Medicare Advantage patients.

# Powering Possibility Through Philanthropy

At Sutter Health, philanthropy transforms vision into action. Together with our donors, we're making gamechanging advances that differentiate Sutter Health as a national leader. In 2024, our generous philanthropic community enabled major investments in AI and digital innovation, breast cancer services, cardiovascular care, transplant medicine, clinician education and so many more initiatives that are critical to achieving our ambitious Destination 2030 vision. We also began preparing for the launch of our first-ever comprehensive campaign to:

- Advance Clinical Care Programs
- Transform Mental Health
- Accelerate Access to Services
- Elevate Preventative Care

Thanks to thousands of donors, many grateful patients who share our belief in the power of Sutter's integrated system, we achieved recordbreaking giving for the second year in a row — proof that together, we are building a healthier tomorrow.

> **Our donors understand that the moment for healthcare has arrived. The time to transform Sutter is here. And the stronger we are, the healthier they — and the communities we serve — will be.**
>
> - Raya Elias-Petros,
> Chief Philanthropy Officer at Sutter










## BUILDING MOMENTUM IN 2024

**$136M** in total philanthropic contributions, exceeding our goal by 24%

**34%** year-over-year increase in contributions

**16,793** donors from across Sutter's footprint












As a not-for-profit organization, we're incredibly grateful for the donors and amazing special guests who joined us at fundraising events throughout 2024. From Venus Williams' (pictured above) empowering words at the Mills Women's Health Luncheon to the high-energy Catwalk for a Cure in the North Bay, the laughter at CPMC's breast cancer dinner with Tig Notaro, the inspiring Think Pink Granite Bay event benefiting breast cancer programs at Sutter Roseville Medical Center Foundation and the wisdom of Rita Moreno at Women's Wisdom & Wellness Luncheon in the East Bay — each gathering united us in strength and support behind ONE mission: advancing healthcare across Northern California.







Dr. Lizz Vilardo (right), Chief Medical Officer, Strategic and Philanthropic Initiatives, with donors Judith and Charles Munnerlyn.

# Fueling Our Mission

Philanthropy powers every corner of our system — from breakthrough research in transplant care to expanded access in rural communities. Here are just a few of the thousands of stories made possible by our donors in 2024:

## Honoring the Heart of Healthcare

More than 2,000 patients recognized Sutter physicians on National Doctors' Day with gifts of gratitude. These heartfelt tributes celebrate exceptional care while helping to fund vital programs across our network, advancing our mission in honor of those who inspire it every day.



## Supporting Healthcare at Home

Moved by a friend's experience in hospice care, longtime Sutter supporter Tom McNair made a $1 million gift to support the Sutter Care at Home Program, ensuring its expansion and longevity for future generations.

## Infusing Access in Silicon Valley

After consulting their son, a Sutter physician, Ping and Amy Chao contributed $2 million toward expanding the infusion center at Sutter's Palo Alto Center. Their gift builds on a legacy of giving and will help increase patient capacity by 31% and reduce wait times by half.

## Shaping the Future of Cancer Care

The Enterprise Rancheria Tribe, owners of Hard Rock Hotel & Casino Sacramento, made a $1 million gift to expand cancer services in Yuba and Sutter counties, providing critical programs, equipment and support for rural patients and families.

## Advancing Mental Health Services in Sacramento

The Thomas P. Raley Foundation pledged $3 million to advance mental health care at Sutter, inspired by a visit to the Sutter Center for Psychiatry. Their gift is transforming access and expanding care for some of the region's most vulnerable patients.

## Ushering In a New Era of Transplant Care

After receiving a life-saving liver transplant at Sutter's California Pacific Medical Center (CPMC), Kevin Kranzusch and his wife, Lynne Bosworth, made a $12 million gift to advance transplant care and establish two endowed chairs held by Sutter specialists Dr. Casey Ward and Dr. Jennifer Guy.

## Expanding High-Quality Breast Care

Since losing his first wife, Carol, to breast cancer, a commitment to providing the best diagnostics and wraparound care has been a salve for philanthropist Peter Read, whose generosity inspired the creation of the Carol Ann Read Breast Health Center (CARBHC) in 2008. He continues to invest in CARBHC, providing a $2.5 million gift to help more women access high-quality breast care in 2024. This is the latest milestone in an ongoing partnership that continues to make a lasting impact, from bringing a mobile mammogram van to serve more women across the East Bay to helping expand breast cancer navigation and enabling enhanced screening and treatment services across the region.



Philanthropic donor Peter Read with the breast health team at Sutter's Carol Ann Read Breast Health Center.

**"If we've helped save 4,800 lives since 2012, then I want to figure out how to save twice that. Helping others becomes addictive — it feels like Christmas to me. I think of what we've done so far as creating a nice band, but now I want to build a symphony of care to reach many more people."**

- Peter Read, a longtime philanthropist who helped create Sutter's Carol Ann Read Breast Health Center



# Generous Donors Share Their "Why"



**"Innovation saved my life, and we want these life-saving advancements to reach more patients, faster. This is an investment in our shared future, and we're excited to catalyze driving this vision forward."**

- Kevin Kranzusch, Vice President at NVIDIA, who experienced a liver transplant at CPMC

---

**"We set out in search of the best organization in the Sacramento area to advance mental health care, and after meeting with Sutter leaders our decision was easy. In fact, we increased the size of our gift after visiting the Sutter Center for Psychiatry and seeing how our investment could improve care in our community."**

- Claudia Teel Doerhoff, chair of the Thomas P. Raley Foundation





**"We want to find partners conducting meaningful work that shows impact over time. We want a $1 investment to have a $10 impact."**

- Amy and Ping Chao, who donated to support the expansion of Sutter's Palo Alto Center infusion center

**"As we approach the final chapters of our lives, we believe it is not how much we gather, but how much we scatter that marks the kind of life we've lived."**

- Jim White, who pledged $5 million to kickstart Sutter's Heart Excellence and Responsive Treatment (HEART) initiative after receiving treatment for atrial fibrillation at CPMC





**"I want life to be the best it can be for those who turn to Sutter Care at Home, whether for temporary support or long-term care — this incredible organization is always there to help."**

- Tom McNair, a longtime supporter of Sutter Care at Home and member of its philanthropic committee

## A Night to Remember: The Inaugural 2024 Philanthropy Gala

In November, we hosted a special evening honoring the generosity of Sutter's highest-level donors. Held in San Francisco and co-hosted by Board Chair Ken McNeely and President and CEO Warner Thomas, the Sutter Health Philanthropy Gala brought together more than 250 leaders, clinicians and donors from across our footprint.




Guests enjoyed meaningful conversations, fresh hospitality — including chocolate chip cookie nightcaps from Warner himself — and powerful stories of impact. Raya Elias-Petros, Chief Philanthropy Officer, highlighted how generosity has transformed lives and fueled progress across our system. Guests left inspired, connected and energized by a shared belief in Sutter's future.

# Igniting Innovation Through Research and Partnerships

With Sutter headquartered in Northern California — the global center of innovation — we are relentless in our quest to transform healthcare. We have spent decades exploring the frontiers of medicine and science through strategic partnerships and investments in research and clinical trials. Today, we are leveraging our size, scale and location to help tackle pressing health and wellness challenges.

In 2024, we accelerated the pace of research and innovation across our organization, securing critical funding, launching new studies and collaborating to expand research opportunities. We opened the doors of our Innovation Center, welcoming healthcare visionaries from near and far. Meanwhile, we engaged thousands of our people in Sutter's first systemwide Innovation Challenge, asking "How might we be the healthcare destination of choice for our patients?" Thinking beyond what's been done, our teams innovated dozens of solutions — partially funded through philanthropy — to raise the standard of care for patients in our region and far beyond.



## BUILDING MOMENTUM IN 2024

**8.6K+**
patients enrolled in 539 clinical trials

**$51.8M**
in external grants and contracts

**$71.6M**
investment in research

**393**
academic publications




Resident physician and researcher Nasrin Dhapa, M.D.

# Advancing Cardiovascular Innovation Through Philanthropy



Jim and Carol White, who donated to Sutter in honor of the life-saving care Jim received for atrial fibrillation.

As the leading cause of death in the U.S., cardiovascular disease is a critical area for innovation.* Sutter has been at the forefront of a revolution in cardiovascular medicine, with nationally renowned cardiologists spearheading groundbreaking research and offering leading-edge and minimally invasive treatments.

Generous community donors make this vital work possible, supporting cardiac breakthroughs across our entire system that save and change patients' lives. In 2024, these donors included John and Peggy Baker, whose $5 million gift established an endowed chair in Cardiovascular Innovation at Sutter's CPMC, and Jim and Carol White, who pledged $5 million to fund a research endowment through Sutter's Heart Excellence and Responsive Treatment initiative.

## Sutter's New Innovation Center: Uniquely Positioned to Push the Boundaries

Steps from San Francisco's historic Ferry Building, Sutter's Innovation Center is a hub for creative solutions to healthcare's biggest challenges.

The space opened in 2024, uniting Sutter's leaders, physicians and scholars with other visionaries who share our passion for improving patients' lives. The center will enable the expansion of our innovation team, a group exploring and shaping how the future of healthcare will unfold. Leveraging strategic ties to Silicon Valley, the center also is investing in and partnering with venture capital firms and early-stage digital health startups to prototype, test and deploy new products, bringing ideas from initial development to scale.

**"With the Innovation Center, we're propelling our mission to new heights — igniting innovation through an unapologetically human-centric lens and ensuring a dynamic transformation that enhances the experience for patients and providers alike."**

- Chris Waugh, Vice President and Chief Innovation Officer

* CDC, "Heart Disease Facts."

# Shaping Tomorrow's Care Breakthroughs Today

Sutter's focus on research, innovation and collaboration is part of our larger commitment to putting patients first. In 2024, we looked ahead at new approaches and potential patient breakthroughs while looking back on our decades of progress, as highlighted by the 65th anniversary of the Sutter Institute for Medical Research. Key initiatives from the year include:

## Enhancing Clinical Research

We established the Sutter-Wide Institute for Translational Science (SWIFTS) to align our research efforts with Sutter's service lines and centers of excellence, providing patients with greater access to clinical trials. We also streamlined our administrative processes and shifted clinical research governance to a systemwide research assessment council, setting the stage for a unified clinical research institute in 2025.

## Seeking New Approaches to Alzheimer's

Through the TRAILBLAZER-3 clinical trial, neurologists from the Sutter Health Memory Clinic and Ray Dolby Brain Health Center are investigating the use of a drug called donanemab to slow the progression of Alzheimer's disease and stop memory loss and cognitive decline before it starts.

## Exploring Better Ways to Age

Researchers at Sutter's Sequoia Center for the Science of Aging secured a nearly $70 million National Institutes of Health grant to further their research into patient challenges related to mobility and aging through their Study of Muscle, Mobility and Aging.

PROGRESS POINT

Our commitment to innovation drives us to embrace new technologies that reach more patients with next-generation care. For instance, thanks to nearly $1.7 million in philanthropic support, including a $1 million investment from an anonymous Santa Barbara donor, Sansum Clinic's Foothills Surgery Center became one of the first outpatient centers in the nation to begin using the da Vinci 5 robotic surgery center in 2024. This significantly enhanced the center's ambulatory surgery capabilities, enabling Sutter to elevate and expand care for patients across the Greater Central Coast.



# Caring for More

One of our highest priorities is to expand capacity across our organization so we can provide more patients with access to high-quality care. We are investing in more facilities across more communities, more treatment rooms and beds, more physicians and care providers, and more talent development programs. Over the next several years, we plan to open 27 new ambulatory care sites, 27 urgent care sites, and 22 ASCs.

These efforts are well underway, with four new sites opened in 2024 to expand access in Natomas, Folsom, San Mateo and Morgan Hill. We also added five new radiation oncology centers to broaden access to the highest-quality cancer care in the Silicon Valley, Central Valley and Central Coast. Our services are expanding, too, with Sutter establishing a systemwide Behavioral Health service line and launching a Mental Health & Addiction Care Ambulatory Expansion Plan. The phased project will improve patient access to mental health services across our system and seamlessly integrate mental health services into primary care using a collaborative care model.

Our expansion efforts are made possible through a major infusion of new talent, including support staff, physicians, nurses and APCs. We have also committed to expanding our GME programs by four times to increase clinical capacity at Sutter and other healthcare systems. Nearly 100,000 new patients received care from Sutter in the past year, a number that will climb as our expansion plans progress.

## BUILDING MOMENTUM IN 2024

**~100K**
new patients served, helping Sutter reach 3.5M patients in total

**4**
new ambulatory sites opened with 23 more under construction

**$2B**
investment approved for 40+ projects




Eden, We Got Stroke Gold Plus

# Expanding Our Role in Graduate Medical Education

Our investments in GME programs are crucial to increasing Sutter's capacity to serve patients with the highest standards of care. They create opportunities for residents and fellows to develop their talents and support our commitment to increasing California's clinical talent pathways. In 2024, we continued to advance our goal to quadruple the size of Sutter's residency and fellowship programs, building on our momentum in recent years.

Since 2021, we have earned accreditations for 13 new Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs. We had 26 such programs at the end of 2024 and will have 32 accredited programs by the end of 2025, with seven more that will be added by the end of 2027. We had nearly 300 residents and fellows in 2024, putting us on track to train 575 across 39 programs by the end of 2027.

PROGRESS POINT

Sutter recruited more than 1,000 new physicians in 2024, setting us up to support even more patients. Our teams in Greater Sacramento led in these efforts, bringing in 388 new physicians during the year. This and other initiatives, such as piloting optimization work to accelerate referral timelines, helped the region significantly increase new patient visits for primary care.




Philanthropic donor Maria Manetti Shrem at Sutter's California Pacific Medical Center, Mission Bernal Campus.

## Generosity Powers Access to Care

An ever-growing number of patients rely on Sutter for everything from advanced treatments to primary care. We continued to expand our capacity to meet that need in 2024, with support from many generous donors to drive expanded access, including a transformative $25 million gift from an anonymous donor. In addition, noted philanthropist Maria Manetti Shrem made a gift of $3.5 million in honor of her late husband, Jan, to support several initiatives at CPMC's Mission Bernal campus. Another impactful gift came from the Antone and Marie Raymus Foundation, which made a $1.2 million gift to ensure access to critically needed maternal and orthopedic services in the Central Valley. The funds will support new high risk antepartum suites at Sutter's Memorial Medical Center, Modesto (MMC); advanced prenatal monitoring bays in Stockton, Turlock and Modesto; and robotic spine surgery capabilities in Tracy.

This builds on the Raymus Foundation's ongoing support of Sutter, which has included $5.7 million in donations since 2020.

# New Flagship Campus in Santa Clara



In California's Greater Silicon Valley, demand for high-quality healthcare has led to month-long waits for appointments, reflecting a nationwide challenge exacerbated by healthcare worker shortages. Sutter has an ambitious plan to help meet this need: In 2024, we announced an $800 million project to develop approximately 1 million square feet across two healthcare campuses in Santa Clara. The project will roll out in phases, with the first building set to open in 2025.

The new facilities will house several hundred physicians and APCs and provide a suite of services, from primary and specialty care to ambulatory surgery and advanced diagnostics. Patients will benefit from cutting-edge technologies — including AI-driven solutions, telemedicine and remote patient management — designed to expand access and improve patient satisfaction.

Strategic partnerships with the PAFMG and The Sobrato Organization are at the heart of the project, and we look forward to collaborating with the West Valley-Mission Community College District to accelerate workforce development programs. "As Sutter prepares to onboard hundreds of new healthcare professionals, this expansion marks a significant step toward addressing Silicon Valley's healthcare challenges and building a healthier future for its residents," said Kurt VandeVort, M.D., CEO of PAFMG.

## Achieving Excellence Across Our ASCs

**In 2024, Sutter ASCs welcomed patients at three new locations and added several new service lines. Together, our ASCs increased patient access by 13%, giving approximately 25,000 more patients access to industry-leading surgical care.**

**19**
Sutter ASCs named among America's Best ASCs for 2025 by Newsweek

**15**
ASC Excellence Awards presented to Sutter by the California Ambulatory Surgery Association

**11**
Sutter ASCs named Top Performers in California by U.S. News and World Report

**10**
Sutter ASCs recognized with Endoscopy Unit Recognition Program status by the American Society for Gastrointestinal Endoscopy



Foothill Surgery Center team members and surgeons with Sutter Health Greater Central Coast's new da Vinci 5® Robotic Surgical System, one of the first in the country to be acquired and used inside an outpatient surgery center.

# Expanding Care Across Northern and Central California

Our multiyear expansion plan will bring the full breadth of Sutter's care and services to even more patients in the coming years, including in the following regions:

## Greater Sacramento

Sutter Medical Center, Sacramento is undertaking a $100 million project to transform part of the Anderson Lucchetti Women's and Children's Center, adding 30 new general acute beds and a 12-bed intensive care unit. Sutter Roseville Medical Center is also expanding its intensive care unit, adding 24 new medical-surgical patient rooms and 12 more critical care beds, and renovations to expand primary care and outpatient services at the Arden Care Center are on track for completion in 2025.

## Greater East Bay

Sutter has announced plans to construct a flagship campus in Emeryville as part of a phased project to expand access to care across the East Bay. The campus will feature a regional destination outpatient care complex and a new hospital medical center with an initial capacity of up to 200 beds and room for future expansion. Nearby in Oakland, we continue to make progress on the new Stanford Medicine Sutter Health Advanced Cancer Center, a five-story, 167,000-square-foot facility set to open in 2026.

## Greater Silicon Valley

In addition to the new flagship healthcare campuses in Santa Clara, Sutter is renovating two buildings in Pleasanton, which we intend to open in 2026 and 2027. We are also creating a new care center in Livermore and have opened the Morgan Hill Care Center, providing a range of primary care services to the area.



## Greater Central Valley

In collaboration with GMG physicians, we are constructing a four-story, 165,000-square-foot advanced cancer complex on Sutter's MMC campus, to bring more oncology services to the region. Our intentional investments in the project support the recruitment of anesthesiologists, gynecologic oncologists and other cancer specialists. In addition, we have opened the South Manteca Care Center, a new office offering family medicine, internal medicine, pediatrics, OB-GYN, general surgery, orthopedics and other services.

PROGRESS POINT

Sutter is dedicated to making high-risk pregnancies safer by bringing access to leading-edge maternal and neonatal care closer to home. In 2024, we hired several new physicians specializing in this area in Greater Silicon Valley and created a dedicated 24-hour obstetrics anesthesia service at Sutter's MMC in the Greater Central Valley. The hospital also piloted enhanced monitoring systems for women and babies during labor.

## Greater San Francisco

In partnership with SWBMG physicians, we are building a five-story, 129,000-square-foot advanced neurological and neurosurgical care complex adjacent to our California Pacific Medical Center Mission Bernal Campus, with plans to welcome patients in 2028. Meanwhile, we have opened the Rohnert Park Care Center in Rohnert Park, which provides a range of healthcare services, including radiology, primary care and urgent care.

## Greater Central Coast

Adding to the recent expansion of Sansum Clinic's Foothill Surgery Center, we completed the construction of several state-of-the-art operating rooms equipped with cutting-edge technology for minimally invasive spinal surgeries. This addition will enable more capacity and shorter patient wait times, which have already decreased by nearly 50% in 2024.

# Delivering a More Connected Patient Experience

Healthcare is a journey, and we know it can feel challenging to navigate at times. That's why Destination 2030 drives us to create a simpler, more connected patient experience. Rather than focus on a single visit, we are embracing a holistic, end-to-end approach encompassing every patient touchpoint, both in person and online.

In 2024, we began to modernize and streamline our systemwide digital infrastructure, investing in technologies to make our processes more responsive and intuitive. These tools reduce friction, minimize wait times and help us improve the patient experience by making it easier for our care teams to meet and anticipate their needs.

In parallel, we began training clinicians and staff across our entire system to deliver a ONE Sutter patient experience. The training emphasized the importance of care fundamentals and working together as a unified team. These shifts are transforming the way we work — leading to a better, more consistent and convenient experience for the millions of patients we serve.



## BUILDING MOMENTUM IN 2024

**6X**
increase in patients scheduling appointments online from 2023

**63%**
of patients digitally engaged who rank us twice as high on experience

**1.1M+**
active users per month on My Health Online


Sutter Health
Office Visit: Primary Care
A general visit for non-urgent health problems
What time works best for you?
Wednesday
Robert Woods, MD
1100 Van Ness Avenue
2:20pm
3:20pm
Thursday
Julie Blakley, MD
1100 Van Ness Avenue
1:40pm
3:40pm

# Inside the ONE Sutter Approach



No matter how patients engage with our system or what door they come through, we want the process to feel convenient, consistent and supportive. This is the idea beyond our ONE Sutter patient experience, in which we work as a team to ensure each patient's entire experience is the best it can possibly be. Key elements of our ONE Sutter approach include:

## Empowering Patients from the Start

Many patients begin their journeys with Sutter using digital tools to find a doctor, schedule an appointment or check in. We call this our "digital front door," and we enhanced many of these tools in 2024. Through automated appointment reminders and confirmations, we reduced patient no-shows to under 5%, while our digital waitlist, FastPass, helped patients receive care an average of 19 days sooner. We also relaunched our website and began streamlining our electronic record platform to drive a more informative, convenient experience.

**23K+**
caregivers across our system completed 580+ ONE Sutter Experience training sessions in 2024

## Connecting Through Kindness

Giving patients a warm welcome and greeting them by their preferred names are simple steps that can go a long way in making patients feel well cared for during each visit. To advance this area, we focused on reasserting care fundamentals, such as our ONE Sutter approach to communication. For example, we encouraged caregivers to narrate their patient's care and explain the process in plain, compassionate language that patients can easily understand.

## Simplifying Next Steps

At the end of each encounter, we focus on providing a fond farewell in which we answer any questions and provide patients with clear information about what's next. To improve this, we began simplifying our referral and authorization process and expediting scheduling for follow-up appointments. These efforts are supported by our work to expand patient access and our internal patient insight dashboards, introduced in 2024.



# Training Clinicians to Reconnect with Purpose

In medicine, it's not just skill and knowledge but the ability to form a strong human connection that can transform a patient's care. This belief is behind the new Ann S. Bowers Physician Development Institute, which Sutter is establishing through a $13 million gift from the estate of acclaimed tech executive and philanthropist Ann S. Bowers, who passed away in 2024.

Building on existing physician training in our Greater Silicon Valley Division, the Bowers Institute will provide third-year physicians with opportunities to enhance nontechnical skills such as empathy, communication and leadership. In addition to supporting Sutter's physicians, programs will be open to nurse practitioners, physician assistants and other advanced practice clinicians. The Bowers Institute will serve as a model for providers across Sutter — and nationwide — to optimize experience and care delivery.

Sutter is honored to carry forward Bowers' legacy. A trailblazing leader at Intel and Apple, she worked alongside her late husband, Intel co-founder Bob Noyce, to shape innovation across Silicon Valley. Through the Bowers Institute, she will leave a lasting impact on future generations of Sutter clinicians and the patients they serve.

**"The relationships that we build and the way we strive for continuous improvement really drive optimal patient health and well-being outcomes."**

- Kerri Maya, PhD(c), R.N., Director of Continuing Professional Development at Sutter



PROGRESS POINT

In Greater Silicon Valley, Sutter's Mills-Peninsula Medical Center (MPMC) earned Healthgrades' Triple Crown recognition for the second consecutive year. MPMC was the only hospital in California — and one of only seven hospitals nationally — to achieve Triple Crown status by earning Healthgrades' Outstanding Patient Experience, Patient Safety Excellence, and America's 50 Best Hospitals awards.

# Building Our Community

At the heart of Sutter Health's not-for-profit mission is an ethos of care that ripples far beyond our workplace. We consistently give back to the communities we call home, working closely with other community-based organizations to help Californians achieve better health outcomes and close healthcare gaps. Sutter's investments in community benefit programs and services increased to more than $1 billion in 2024. This included $96 million in traditional charity care, which covers medically necessary care to eligible patients, regardless of their ability to pay; $665 million in unreimbursed costs of providing care to Medi-Cal patients; and investments in community health programs to address identified community health needs.

We also sharpened our focus to address pressing community needs in three main priority areas: workforce development, access to mental healthcare services and substance use treatment, and chronic disease prevention. Looking ahead, we will emphasize large-scale, strategic partnerships to maximize our impact. We are also establishing a systemwide employee volunteerism platform to seamlessly manage our efforts, which we aim to launch in 2025.



## BUILDING MOMENTUM IN 2024

**$4.6B**
invested in total through Sutter's community benefit initiatives over the past five years

**$1B**
invested in community benefit initiatives in 2024

**$1.7M**
invested to help train 5,000 high school students in healthcare career pathways through a partnership with community colleges

**$60M**
invested in Federally Qualified Health Centers in past five years to expand access to care


It's healthcare
that comes to you.
Carol Ann Read Health Clinic
Presented by
Sutter Health
Alta Bates Summit Medical Center
FARBER

# Acting as a Catalyst for Change

We stay rooted in our commitment to community by promoting health and wellness across California. As a sponsor of Bay FC, the first Northern California franchise in the National Women's Soccer League, we began co-hosting various health and wellness programs for young people, such as "B You" soccer clinics, aimed at engaging families in physical activity and increasing sports participation and well-being among female youth. We also invested $569,000 in the West Sacramento Mercy Coalition to expand the services available at Mosaic Village. We're proud to contribute to a safe, healing place for those impacted by substance-use disorders, homelessness, mental health illnesses and other vulnerabilities.



# Creating New Pathways for the Next Generation of Caregivers



Like much of the nation, California faces a shortage of nurses, physicians and other essential roles — even as demand for care grows. We must get strategic and creative about how to fill the gap, and Sutter is up to the challenge.

Building on years of work to reduce barriers to the healthcare profession, we are on pace to become the leading community-based healthcare training institution in Northern California. Our roster is growing as we engage new and longtime community partners to expand opportunities for passionate students. Sutter's investments in this area go far, creating more pathways into the healthcare industry and ensuring we can further our mission in the years ahead.




Santa Barbara City College student Vanessa Savelich with Cindy Mathes, R.N., Pulmonary and Critical Medicine Department Manager at Sutter's Sansum Clinic.

# Investing in the Next Generation

Together with the Los Rios Community College District, Sutter is launching NextGen Scholars to provide healthcare career pathways for high school students from Title 1 schools. Announced in 2024, the initiative has a 2030 goal to train 5,000 students. Sutter is piloting the program by investing $1.7 million into programs at Folsom Lake College, with plans to extend NextGen Scholars to other schools in the Los Rios Community College District and beyond in the coming years. Through the pilot, students from Cordova High School will attend classes, gain experience at Sutter and work toward a community college certificate supporting a healthcare career they wish to pursue. “The potential for this program is limitless,” said Keri Thomas, Vice President of External Affairs at Sutter. “We believe it can be replicated and scaled across the state to have even a greater positive impact.”

## Accelerating Development for Nurses and Medical Assistants

It takes many dedicated staff in various roles to keep the healthcare industry running. Our expanding workforce development programs provide the training and experience needed to ensure we can continue to keep pace with increasing patient demand.

For example, California is facing a nursing shortage. To help address this, we are working with San Francisco State University to increase capacity in its accelerated nursing program by 25%. Sutter's CPMC is providing eight of the university's students with clinical placements required by the program. This will shorten the standard program timeline, enabling more highly trained nurses to quickly enter the field.

Meanwhile, Sutter's Sansum Clinic is partnering with Santa Barbara City College to help train and certify medical assistants, some of whom will continue on the path to nursing. These programs ladder up to our larger efforts to train the next generation of clinical teams.




Inaugural recipients of Sutter Health scholars program with Charles Drew University with Leon Clark, Vice President & Chief Academic Affairs Officer at Sutter Health, Dana Beckton, Chief Inclusion & Belonging Officer at Sutter Health, Lindsay Mazotti, M.D., Chief Medical Officer of Medical Education and Science at Sutter Health and Rashon Lane, Ph.D., Senior Scientist with the Sutter Institute for Advancing Healthy Outcomes.

# Improving Access to High-Quality Healthcare and Education

As physician shortages remain a challenge in California, we're investing in opportunities to train a new generation of medical providers. In 2024, Sutter announced a $7.5 million, 10-year commitment to Charles R. Drew University to fund scholarships and help expand access to high-quality care across the state. The collaboration will create the largest scholarship program in CDU's history, with Sutter funding five full-tuition scholarships across five cohorts to support 25 students.

Our work with CDU is part of a larger strategy at Sutter to expand medical education and help address healthcare access challenges for patients. We're also collaborating with UCSF, Stanford, UC Davis, Dartmouth College, Western University of Health Sciences, California Northstate University, Touro University California, California Health Sciences University and San Francisco State to grow our academic programs and train more physicians to deliver high-quality care.

**The first five Sutter Scholarship recipients studying at CDU were selected for their academic potential and deep commitment to serving our communities after graduation. "These students are the future of healthcare, and we're proud to support them," said Leon Clark, vice president and chief academic affairs officer at Sutter Health. "They bring passion, purpose and a genuine connection to the communities they aim to serve. They're also poised to help California meet the demand for more physicians who can deliver compassionate, personalized care.**



**Derrick Agbemenu** (Fairfield) grew up in Ghana and immigrated to the U.S. at 17. He was inspired to become a physician while volunteering at a student-run clinic in Sacramento.



**Eric Arauza** (West Sacramento) grew up in a Latino working-class community with a family history of diabetes. He hopes to help address healthcare disparities affecting lower-income communities.



**Priscilla Covarrubias** (Salinas) hopes to promote healthy outcomes among underrepresented communities, particularly Spanish-speaking populations, after observing the struggles her family and neighbors faced with health access.



**Naomi Dillard** (Sacramento) attended Prairie View A&M University, an Historically Black College and University (HBCU) in Texas. She was inspired to pursue medicine after bringing mobile COVID testing and vaccination clinics into underserved communities during her Junior year.



**Anaissa Medina** (Salida) often joined her grandparents during medical visits, where she would translate English to Spanish. As a physician, she hopes to make healthcare more accessible by bridging language and cultural divides.



# Caring for Our People, Always

Sutter Health is among the largest not-for-profit health systems. We bring together medical groups, community physician partners and more than 57,000 employees — all dedicated to helping Californians get and stay well. We aspire to create the best place in the country for physicians, nurses and caregivers to work, practice, teach, research and grow. To get there, we're focused on four areas:

- Making care easier for physicians and care teams to deliver and create a safer work environment.
- Elevating the voices of physicians and APCs.
- Investing in professional and career development.
- Strengthening our culture while enhancing engagement.

In 2024, we invested in systemwide safety and security enhancements and automated tools that support resiliency and save our teams time. We also continued to foster an engaging and inclusive culture where everyone works as one team and celebrated employees during our systemwide Power of ONE events. The results include significantly higher employee engagement and retention compared to recent years, bringing us closer to our aspiration to become the best employer nationwide.

## BUILDING MOMENTUM IN 2024

**85%**
of employees would recommend Sutter as a good place to work based on our Experience of Work survey, +6.2% from 2023

**15%**
reduction in employee turnover from 2023, with a 40% reduction since 2022

**4**
Power of ONE events held, engaging 11K+ employees

**100%**
of directors and above who completed Culture Labs that support growth, connection and empowerment by training participants to lead with Sutter's values


Forbes 2024
AMERICA'S
BEST-IN-STATE
EMPLOYERS
POWERED BY STATISTA



Care team at Sutter's California Pacific Medical Center during a Gratitour visit.



Sutter team members at a Power of ONE employee experience event.

# Reenergizing Our Culture

Creating a robust, vibrant culture is key to making Sutter the best place to work and practice medicine. We aim to foster a culture that inspires people to care, collaborate and grow in their careers. In 2024, we refreshed Sutter's mission, vision and values to strengthen our culture. We then integrated these elements into our recruitment, onboarding and performance processes.

The backbone of our culture is our ONE Sutter mindset — the idea that we can go further as a unified team. This inspired our Power of ONE employee experience events, a series of in-person gatherings that engaged more than 11,000 employees in 2024. Sutter leaders also connected with employees through Gratitours, visiting teams across the organization, and during monthly employee town halls. This work is ongoing, with signs of early success as we increased overall employee engagement and retention from 2023 to 2024. Highlights include:

**7.5%**
increase in engagement among aligned medical groups compared to 2023

**9%**
increase in engagement among employees compared to 2023

**Exceeded**
national benchmark for APCs and physicians who said they are happy working as caregivers at Sutter

## Engaging and Supporting Clinicians

Based on feedback to our 2023 Experience of Work survey, we saw an opportunity to improve clinician energy and well-being. We responded swiftly, knowing that without effective interventions, the stress and intensity of clinical work can lead to burnout. In 2024, we introduced automated administrative tools to help clinicians save time while reducing cognitive load and fatigue. We also increased capacity, recruiting over 1,700 new physicians and clinicians in the past two years.

Meanwhile, Sutter's Joy of Work team worked with the AMA to further assess burnout rates among our healthcare professionals. Nearly 1,000 Sutter physicians and APCs responded to the AMA's 2024 Organizational Biopsy survey, with Sutter participating for the first time in 2024. Both groups responded above the industry benchmark that they feel valued and happy working as caregivers at Sutter, with their engagement rates on internal surveys exceeding those of recent years.

**Sutter employees increased their philanthropic giving by 35% in 2024. It's a powerful vote of confidence from our team that strengthens external donor trust, amplifies our community impact and underscores our shared commitment to advancing patient care.**

# Making Care Easier to Deliver

Our teams work tremendously hard to deliver outstanding care to every one of our growing number of patients. To support them and build capacity, we are investing in digital and virtual solutions that streamline and automate daily administrative tasks. These solutions help reduce computer time, combat burnout and empower our clinicians to focus on face-to-face care.

In 2024, we introduced two new generative AI tools that we will expand upon in the coming years. One is Abridge, a tool to capture and draft clinical notes during a patient's visit. The draft is reviewed and finalized by the clinician in the medical record, providing detailed guidance for patients and saving clinicians time. The other is Augmented Response Technology, which automatically prepares a first draft of a response to patient emails received through our secure messaging platform, with the provider finalizing and sending the reply. Sutter clinicians who piloted these tools saw time savings and noticed a reduction in cognitive load and mental fatigue. This also enables the physician to spend time in the exam room focused on the patient, which is more rewarding for all.

**"From digital tools for charting to better message management to a first pass on paperwork, Sutter Health is committed to supporting clinicians, so they can support patients. In 2024, we 'gave back' over 1 million hours to employees and physicians through automation, technology enhancements and more efficient workflows — and we're striving for even greater results in 2025."**

- Laura Wilt, Chief Digital Officer at Sutter



# Strengthening Our Commitment to an Inclusive Culture

Sutter is privileged to serve rural, urban and suburban communities in California. With that privilege comes an opportunity to open pathways for future talent, which is essential for consistently delivering high-quality care and healthy outcomes for everyone.

To help us foster an inclusive workplace, one where every person is valued for their unique experiences, ideas and perspectives — we welcomed Dana Beckton, our first Chief Inclusion & Belonging officer, in 2024. She is heading up a new team of leaders who are embedded in each of Sutter's divisions to drive key initiatives across our system. This team is already moving the needle, working closely with our Inclusion Councils to drive initiatives at the site level and doubling the number of Sutter Employee Resource Groups (SERGs) from five to 10. We also launched SERG Circles, a dedicated digital platform that creates a centralized space where all SERG members can connect, share learning resources and host meetings, as well as SHift Up, a first-of-its-kind mentoring program at Sutter that is available to employees systemwide.




Care team members at Palo Alto Foundation Medical Group, Mountain View Care Center.



**"We are bringing more and more people into the conversation. It's about finding ways to create such positive, genuine employee experiences that they flow into the patient experience."**

- Dana Beckton, Vice President and Chief Inclusion & Belonging Officer at Sutter

# Enhancing Safety in the Workplace

The safety of our patients, care teams and physicians is an absolute priority at Sutter. However, employee safety is a challenge for healthcare workers nationwide. Government data shows they are five times more likely to experience workplace violence than employees from other industries.* This is a pressing issue and one we are tackling head-on.

In 2024, we launched a $45 million multiyear commitment to enhance security and safety across our organization. Building on measures from 2023, we introduced several new technologies to help keep our people safe. Key initiatives included:

- Investing in a comprehensive enterprise physical security technology program to standardize and integrate thousands of cameras, access control badge readers and intrusion detection devices to strengthen and enhance safety measures.
- Installing weapons screening technology at many hospitals, which scanned more than 5.5 million people, preventing prohibited items from entering our sites.
- Leveraging enhanced workplace violence analytics to identify trends and improve prevention, risk management and training.
- Implementing wearable safety devices and mobile apps to better support our Sutter Care at Home clinicians in the field.
- Increasing security patrols at all Sutter facilities.




Sutter nurse and security team member.

* American College of Surgeons, "Violence Escalates against Surgeons and Other Healthcare Workers."

# Executive Leadership



**Warner L. Thomas**
President &
Chief Executive Officer



**Aparna Abburi**
Senior Vice President,
Population Health & Health
Plan Services and CEO
of Sutter Health Plan



**Katrina (Kat) Ascencio-Holmes**
Chief Nurse Officer



**Dana Beckton**
Vice President and
Chief Inclusion &
Belonging Officer



**Jennifer Bollinger**
Senior Vice President and
Chief Consumer &
Brand Officer



**Ginger Chappell**
Vice President and
Chief Ethics &
Compliance Officer



**Leon G. Clark**
Vice President and
Chief Academic Affairs Officer



**Grace Davis**
Senior Vice President and
Chief External Affairs Officer



**William Isenberg, M.D., Ph.D.**
Vice President and
Chief Medical &
Quality Officer



**Cynthia Lee**
Senior Vice President and
Chief Strategy & Growth
Development Officer



**Jonathan Ma**
Senior Vice President and
Chief Financial Officer



**Jacki Monson**
Senior Vice President and
Chief Integration Officer



**Mark Muller**
Senior Vice President and
Interim Chief Operating Officer



**Todd Smith, M.D.**
Senior Vice President and
Chief Physician Executive



**Annie Sy**
Vice President and Chief
of Staff to the Sutter
Health President & CEO



**Conrad M. Vial, M.D.**
Senior Vice President
and President,
Sutter Health Network



**Caren Weakley**
Senior Vice President
and General Counsel



**Laura Wilt**
Senior Vice President
and Chief Digital Officer



**Deborah Yount**
Senior Vice President
and Chief Human
Resources Officer

# 2024 Financial Summary

Sutter's continued positive operating income and sustained positive margins are vital to supporting the organization's long-term, strategic plans to recruit more physicians and create greater access to care and services, as well as updating facilities, technology and equipment.

### Financial performance

- In 2024 Sutter Health maintained a stable financial position, as teams across the system cared for 3.5M patients, or nearly 100,000 more than in 2023.
- The organization ended the year with $142M in operating income and an operating margin of 0.8% while managing increased labor and supply costs.
- We generated total operating revenues of $18.2B, up 12.9% from 2023.

### Community benefit investments

- Sutter's investments in community benefit programs and services increased to more than $1B in 2024.

  This investment includes $96M in traditional charity care, which covers medically necessary care to eligible patients, regardless of their ability to pay; $665M in unreimbursed costs of providing care to Medi-Cal patients; and investments in community health programs to address identified community health needs.

### Rating agencies

All three bond rating agencies have awarded Sutter Health strong credit profiles this year, highlighting our efforts to expand and strengthen our care delivery network and sound financial profile. These rankings reflect their continued confidence in Sutter's ongoing stability.

- Moody's rated us A1 stable.
- S&P affirmed its A+ long-term rating and revised our outlook to positive from stable.
- Fitch upgraded our rating to AA–.

| DOLLARS IN MILLIONS | 2024 | 2023 |
|---|---|---|
| Total revenues | 18,207 | 16,130 |
| Total expenses | 18,065 | 15,810 |
| Income from operations | 142 | 320 |
| Nonoperation income (loss) | | |
| Investment income (loss), net | 771 | 679 |
| Gain (loss) on consolidation and deconsolidation | – | 48 |
| Other components of net periodic postretirement cost | 116 | 123 |
| Other | (21) | – |
| Total nonoperating income (loss), net | 866 | 850 |
| Net Income (loss) | 1,008 | 1,170 |
| Capital Investment | 819 | 570 |

# Opening More Doors Across the System






**AMBULATORY GROWTH**

**4**
sites opened in 2024

**14**
sites opening by the end of 2025

**5**
sites in 2026 and beyond



**INPATIENT EXPANSIONS**

**4**
sites in flight



**DESTINATION CENTERS OF EXCELLENCE**

**4**
centers approved

**APPROVED CENTERS**

Advanced Neuroscience Complex, Mission Bernal (GSF)

Modesto Advanced Cancer Center (GCV)

Stanford Medicine Sutter Health Cancer Center (GEB)

Santa Clara Orthopedic and Sports Medicine Advanced Complex (GSV)

Sutter Health

2200 River Plaza Drive
Sacramento, CA 95833

800-4SUTTER

www.sutterhealth.org

© 2025 Sutter Health. All rights reserved. Sutter Health is a registered trademark of Sutter Health ®, Reg. U.S. Patent & Trademark office.

