# EXHIBIT 2

ABRIDGE

Sutter Health

# 78% OF CLINICIANS FEEL IMPROVED WORK SATISFACTION

## Overview

Following a successful pilot, Sutter Health rapidly expanded Abridge to 1,000+ clinicians within three months in order to improve patient experiences by supporting more focused face-time with clinicians. Sutter Health has collaborated with Abridge to incorporate patient-facing summaries into the electronic health record. The integrated health system delivers comprehensive, high-quality care to over 3.5 million patients in California.

## Impact

WITH ABRIDGE, CLINICIANS ACROSS THE SUTTER HEALTH SYSTEM HAVE SEEN:

**78%**
increase in clinician satisfaction

**59%**
improved quality of note

**53%**
of clinicians give more undivided attention to patients

**49%**
reduction in cognitive load

## Clinician Stories



"Abridge has been a life-changing experience. Now, I can focus on my patient's problem throughout the diagnosis and the treatment plan. I feel like my conversation with patients is much more intimate and therapeutic."

**Dr. Alice Woo**
Plastic Surgery



"We say: patients first, people always. Bringing Abridge into the hands of our clinicians is really allowing us to focus on those patients first, but to keep all of our people at the heart of what we do. Someday soon, this platform will be in the hands of all our clinicians and time spent after-hours documenting will be a thing of the past."

**Dr. Veena Jones**
VP and Chief Medical Information Officer