J. Jonathan Hawk (254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

David P. Saunders (Admitted *pro hac vice)*
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700

Attorneys for Defendant Sutter Health

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA WASHINGTON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

SUTTER HEALTH, a California nonprofit corporation; and DOES 1-100, inclusive,

Defendants.

CASE NO. 4:26-cv-03012

**[PROPOSED] ORDER GRANTING SUTTER HEALTH'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

*[Filed concurrently with Sutter Health's Motion to Dismiss Plaintiff's Second Amended Complaint Under Fed. R. Civ. P. 12(b)(1); Declaration of Dr. Veema Jones; Declaration of Braden Carkhuff]*

Date: October 8, 2026
Time: 2:00 p.m. PT
Courtroom: Courtroom 2, 4th Floor (Oakland)
Judge: Haywood S. Gilliam, Jr.

This matter having come before this Court on Defendant Sutter Health's ("Sutter") Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 32) Pursuant to Federal Rule of Civil Procedure 12(b)(1) (the "Motion"), the Court having reviewed Sutter's Motion, its memorandum of points and authorities, the declarations and exhibits in support, and any opposition to the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that Sutter's Motion is GRANTED and that Plaintiff's Second Amended Complaint (ECF No. 32) is DISMISSED.

Dated:

Honorable Haywood S. Gilliam, Jr.

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles