J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310.277.4110
Facsimile: 310.277.4730

David P. Saunders (*admitted pro hac vice)*
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: 312.803.7700
Facsimile: 312.984.7700

*Attorneys for Defendant SUTTER HEALTH*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTINA WASHINGTON, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

SUTTER HEALTH, a California nonprofit corporation; and DOES 1-100, inclusive,

Defendants.

CASE NO. 4:26-cv-03012-HSG

**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

[Declaration of J. Jonathan Hawk filed concurrently]

Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiff Christina Washington ("Plaintiff"), on the one hand, and Defendant Sutter Health ("Sutter," together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, that Sutter's deadline to file its replies in support of its Motions to Dismiss Plaintiff's Second Amended Complaint, filed on August 19, 2026 (ECF Nos. 35-36) (the "Motions"), shall be extended by one week, from September 9, 2026, to and including September 16, 2026.

WHEREAS, on August 19, 2026, Sutter filed its Motions pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (ECF Nos. 35-36);

WHEREAS, Plaintiff filed her Oppositions to the Motions by her deadline of September 2, 2026 (ECF Nos. 38-39);

WHEREAS, Sutter's present deadline to file its reply briefs in support of its Motions is September 9, 2026;

WHEREAS, in light of the intervening federal Labor Day holiday on Monday, September 7, 2026, the Parties, by and through their counsel, have agreed to extend Sutter's deadline to file its reply by one week, up to and including September 16, 2026;

WHEREAS, no prior extensions of time have been sought or obtained by the Parties with respect to these briefing deadlines, the Parties do not enter into this Stipulation for the purpose of delay, and the requested extension will not affect the October 8, 2026 hearing date or any other pretrial or trial dates set by the Court;

WHEREAS, no Party will be prejudiced by the stipulated extension;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that Sutter's deadline to file its reply in support of the Motions shall be extended by one week, to and including September 16, 2026.

**IT IS SO STIPULATED.**

Dated: September 3, 2026 **MCDERMOTT WILL & SCHULTE LLP**

By: */s/ J. Jonathan Hawk*
J. JONATHAN HAWK

ARI R. SWAZER
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

DAVID P. SAUNDERS (pro hac vice)
dsaunders@mcdermottlaw.com
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: +1 312 372 2000
Facsimile: +1 312 984 7700

*Attorneys for Defendant*
SUTTER HEALTH

Dated: September 3, 2026

**POTTER HANDY LLP**

By: */s/ James M. Treglio*

JAMES M. TREGLIO
Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
Isabel Rose Masanque (SBN 292676)
classactions@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
Telephone:415.534.1911
Facsimile: 888.422.5191

*Attorneys for Plaintiff* CHRISTINA WASHINGTON, on behalf of herself and all others similarly situated

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, J. Jonathan Hawk, attest that concurrence in the filing of this JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS has been obtained from the other signatories.

By: *<u>/s/ J. Jonathan Hawk</u>*
J. Jonathan Hawk

**ORDER**

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED.**

Dated: 9/4/2026

By: Haywood S. Gilliam, Jr.
United States District Judge Haywood S. Gilliam, Jr.